IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　　　　　Defendant. | C.A. No. 07- |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Sepracor Inc. hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock

July 12, 2007

THE BAYARD FIRM

*/s/ Richard D. Kirk (rk0922)*
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
Attorneys for Plaintiff,
SEPRACOR INC.

OF COUNSEL

Todd R. Walters
Susan M. Dadio
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727

Willam E. Davis
BUCHANAN INGERSOLL & ROONEY PC
Bank of America Tower
100 S.E. Second Street, 34th Floor
Miami, FL 33131-2158

664524-1