AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of     **DELAWARE**

SEPRACOR INC.,

    Plaintiff,

    v.

BARR LABORATORIES, INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-_____

**07-438**

TO:    Barr Laboratories, Inc.
        c/o Corporation Service Company
        2711 Centreville Road
        Suite 400
        Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within <u>twenty</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            7-12-07
_____      _____
CLERK                                            DATE

_Beth Pinca_
(By) DEPUTY CLERK

664525-1

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | 7/13/07 |
| NAME OF SERVER (PRINT) Paul Drost | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Served Barr Laboratories, Inc. at 1:38pm by serving its registered agent: Corporation Service Company, 2711 Centreville Road, Ste 400, Wilmington, DE 19808. Name of person accepting service: Mary Drummond.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/13/07
              Date

Signature of Server

230 N. MARKET ST.
Address of Server
WILMINGTON, DE 19801

---

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

664525-1