IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>BARR LABORATORIES, INC.<br><br>    Defendant. | C.A. No. 07-438 \*\*\*<br><br>**JURY DEMANDED** |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

    Defendant Barr Laboratories, Inc. makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

    Defendant Barr Laboratories, Inc. is a wholly-owned subsidiary of Barr Pharmaceuticals, Inc.  Barr Pharmaceuticals, Inc. is publicly traded on the New York Stock Exchange under the ticker symbol BRL.  To the best of our knowledge as of the date hereof, no publicly-held corporation or parent corporation currently owns 10% or more of Barr Pharmaceutical's stock.

Dated:  August 1, 2007

2

    */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
(302) 888-6800
rherrmann@morrisjames.com

George C. Lombardi
Imron T. Aly
Elizabeth H. Erickson
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
(312)558-5600

Attorneys for Defendant
BARR LABORATORIES, INC.

2