IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>BARR LABORATORIES, INC.<br><br>            Defendant. | C.A. No. 07-438 ***<br><br>**JURY DEMANDED** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of George C. Lombardi, Imron T. Aly, and Elizabeth H. Erickson to represent Defendant Barr Laboratories, Inc. in this matter.

Dated: August 10, 2007

                                                            */s/ Richard K. Herrmann*
                                                    Richard K. Herrmann #405
                                                    Mary B. Matterer #2696
                                                    MORRIS JAMES LLP
                                                    500 Delaware Avenue, Suite 1500
                                                    Wilmington, DE  19801-1494
                                                    (302) 888-6800
                                                    rherrmann@morrisjames.com

                                                    Attorneys for Defendant
                                                    BARR LABORATORIES, INC.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____       _____
                                               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: August 1, 2007

George C. Lombardi
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
glombard@winston.com
(312)558-5600 – Telephone
(312)558-5700 – Facsimile

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 31, 2007

Imron T. Aly
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
ialy@winston.com
(312)558-5600 – Telephone
(312)558-5700 – Facsimile

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 31, 2007

/s/ Elizabeth H. Erickson

Elizabeth H. Erickson
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
eherickson@winston.com
(312)558-5600 – Telephone
(312)558-5700 – Facsimile