## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-438-*** |
| BARR LABORATORIES, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **14th** day of **August, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for Thursday, September 6, 2007 at 2:30 p.m. EST with Magistrate Judge Thynge has been rescheduled to **Wednesday, September 12, 2007 at 11:00 a.m. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE