IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., <br><br> Plaintiff, <br><br> v. <br><br> BARR LABORATORIES, INC. <br><br> Defendant. | C.A. No. 07-438-*** (MPT) |

**PLAINTIFF SEPRACOR INC.'S MOTION TO STRIKE
THE JURY TRIAL DEMAND OF DEFENDANT BARR LABORATORIES, INC.**

Plaintiff Sepracor Inc. ("Sepracor"), by and through its undersigned attorneys, hereby moves to strike the jury trial demand of Defendant Barr Laboratories, Inc. pursuant to Fed. R. Civ. P. 12(f). As set forth in Sepracor's accompanying opening brief in support of this motion, in the absence of a claim for damages, there is no right to a jury trial in an action for patent infringement, such as this one, brought under the Drug Price Competition and Patent Term Restoration Act of 1984 (the "Hatch-Waxman Act"). Accordingly, Sepracor respectfully requests that this Court grant its Motion to Strike the Jury Trial Demand of Defendant Barr Laboratories, Inc.

September 4, 2007

/s/ *Richard D. Kirk (rk0922)*
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
THE BAYARD FIRM
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

Attorneys for Plaintiff
SEPRACOR INC.

669246-1

OF COUNSEL:

Todd R. Walters
Susan M. Dadio
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620
todd.walters@bipc.com
susan.dadio@bipc.com

William E. Davis
BUCHANAN INGERSOLL & ROONEY PC
Bank of America Tower
100 S.E. Second Street, 34th Floor
Miami, FL 33131-2158
(305) 347-4080
william.davis@bipc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>          Plaintiff,<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>          Defendant. | C.A. No. 07-438-*** (MPT) |

**LOCAL RULE 7.1.1 STATEMENT IN SUPPORT OF
PLAINTIFF SEPRACOR INC.'S MOTION TO STRIKE
THE JURY TRIAL DEMAND OF DEFENDANT BARR LABORATORIES, INC.**

The undersigned attorney for plaintiff, Sepracor Inc. ("Sepracor") hereby states, pursuant to Local Rule 7.1.1, that Sepracor's attorneys spoke with the attorneys for Barr Laboratories, Inc. ("Barr") on August 17, 2007 and August 22, 2007 in an attempt to reach agreement on the matters set forth in Plaintiff Sepracor Inc's Motion to Strike Jury Trial Demand of Defendant Barr Laboratories, Inc., but Barr was unwilling to withdraw its jury trial demand.

September 4, 2007

/s/ *Richard D. Kirk (rk0922)*
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
THE BAYARD FIRM
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

Attorneys for Plaintiff
SEPRACOR INC.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 4, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494

The undersigned counsel further certifies that, on September 4, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

George C. Lombardi, Esquire
Imron T. Aly, Esquire
Elizabeth H. Erickson, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

667705-1