IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>               Plaintiff,<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>               Defendant. | C.A. No. 07-438-*** (MPT) |

NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 5, 2007, copies of plaintiff **INITIAL DISCLOSURES OF SEPRACOR INC. PURSUANT TO FED. R. CIV. P. 26(a)(1)** and this **NOTICE OF SERVICE** were served in the manner shown below:

BY HAND AND EMAIL:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494

September 5, 2007

BY U.S. MAIL AND EMAIL:

George C. Lombardi, Esquire
Imron T. Aly, Esquire
Elizabeth H. Erickson, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
THE BAYARD FIRM
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardfirm.com
Attorneys for Plaintiff Sepracor Inc.

OF COUNSEL:
Todd R. Walters
Susan M. Dadio
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620

William E. Davis
BUCHANAN INGERSOLL & ROONEY PC
Bank of America Tower
100 S.E. Second Street, 34th Floor
Miami, FL 33131-2158
(305) 347-4080

669413-1