IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEPRACOR INC.,

        Plaintiff,

   vs.

BARR LABORATORIES, INC.

        Defendant.

C.A. No. 07-438-***(MPT)

**NOTICE OF SERVICE**

Please take notice that on this 17th day of September 2007, copies of the following document, **BARR LABORATORIES, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES** were served on counsel as indicated:

**By Hand Delivery and Email**

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
rkirk@bayardfirm.com
astitzer@bayardfirm.com

2

**By Federal Express and Email**

| | |
|---|---|
| Todd R. Walters | William E. Davis |
| Susan M. Dadio | Buchanan Ingersoll & Rooney PC |
| Buchanan Ingersoll & Rooney PC | Bank of America Tower |
| 1737 King Street, Suite 500 | 100 S.E. Second Street, 34th Floor |
| Alexandria, VA  22314-2727 | Miami, FL  33131-2158 |
| todd.walters@bipc.com | william.davis@bipc.com |
| susan.dadio@bipc.com | |

By:   */s/ Richard K. Herrmann*
    Richard K. Herrmann #405
    Mary B. Matterer #2696
    MORRIS JAMES LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE  19801-1494
    Tel: (302) 888-6800
    rherrmann@morrisjames.com

    Attorneys for Defendant
    BARR LABORATORIES, INC.