## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEPRACOR INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 07-438-*** |
| BARR LABORATORIES, INC., | : | |
| Defendant. | : | |
| | : | |
| SEPRACOR, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 06-113-*** |
| DEY, L.P. and DEY, INC., | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **21st** day of **September, 2007**.

IT IS ORDERED that a teleconference has been scheduled in the above captioned matters for **Friday, October 5, 2007** at **8:30 a.m. Eastern time** for the purpose of discussing possible consolidation, in whole or in part, of these matters. **Counsel for Sepracor shall initiate the teleconference.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE