**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEPRACOR INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　　　Defendant. | C.A. No. 07-438-*** (MPT) |

**NOTICE OF SERVICE**

Please take notice that on the 7th day of December, 2007, copies of the following document, **BARR LABORATORIES' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS,** were served on counsel as indicated:

**By Hand Delivery and Email**
Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
rkirk@bayardfirm.com
astitzer@bayardfirm.com

**By Federal Express and Email**
Todd R. Walters
Susan M. Dadio
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
todd.walters@bipc.com
susan.dadio@bipc.com

William E. Davis
Buchanan Ingersoll & Rooney PC
Bank of America Tower
100 S.E. Second Street, 34th Floor
Miami, FL 33131-2158
william.davis@bipc.com

Dated: December 7, 2007　　　　　　　　*/s/ Richard K. Herrmann*
　　　　　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　　　　　MORRIS JAMES LLP
　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1500
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-2306
　　　　　　　　　　　　　　　　　　Telephone: (302) 888-6816

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Barr Laboratories, Inc.*