IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEPACOR, INC.,                       :
                                     :
            Plaintiff,               :
                                     :
      v.                             :  Civil Action No. 07-438-JJF
                                     :
BARR LABORATORIES, INC.,             :

### O R D E R

WHEREAS, the above-captioned action was reassigned on December 11, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall file a joint status report concerning this action no later than **Friday, December 21, 2007.**

\_\_December 12, 2007\_\_           _____
       Date                           UNITED STATES DISTRICT JUDGE