# THE BAYARD FIRM
ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS
(302) 429-4208
rkirk@bayardfirm.com

FILED ELECTRONICALLY

December 21, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

      RE:   *Sepracor Inc. v. Barr Laboratories, Inc.,,*
             <u>C.A. No. 07-438-JJF</u>

Dear Judge Farnan:

      This is a joint letter on behalf of Plaintiff Sepracor Inc. ("Sepracor") and Defendant Barr Laboratories, Inc. ("Barr") in response to the Court's December 12, 2007 Order requesting a status report in the above-captioned case.

      This is an ANDA case filed pursuant to the Hatch-Waxman Act. Barr Laboratories is one of three companies that Sepracor sued, within forty-five days, after being notified that ANDA applications with Paragraph IV certifications were filed seeking approval to market generic versions of Sepracor's XOPENEX® brand of levalbuterol hydrochloride inhalation solutions. Sepracor filed suit against the three ANDA applicants in separate actions. On October 21, 2005, Sepracor filed suit against Defendant Breath Limited in the District of Massachusetts, C.A. No. 06-10043-DPW (the "Breath case"). On February 22, 2006 and September 27, 2006, Sepracor filed suit against Defendants Dey, L.P. and Dey, Inc., in this district, C.A. Nos. 06-113 and 06-604 JJF, which have been consolidated under C.A. No. 06-113 JJF (the "Dey case"). On July 12, 2007, Sepracor filed suit against Defendant Barr Laboratories, Inc. in this district, C.A. No. 07-438 JJF (the "Barr case"). The Dey case is the subject of a separate status report being filed concurrently. The Dey and Barr cases are now pending before Your Honor.

      In its answer, Barr asserted a number of counterclaims and included a demand for a jury trial. On September 4, 2007, Sepracor filed a Motion to Strike the Jury Demand of Barr. Barr filed its response on September 18. Briefing is complete on that motion.

      The parties have attempted to work out a scheduling order, and have had two teleconferences with Magistrate Judge Thynge on the issue. The parties have reached an agreement as to the following dates:

THE BAYARD FIRM

The Honorable Joseph J. Farnan, Jr.
December 21, 2007

| Event | Date |
|---|---|
| Exchange of Claim Terms to Construe | March 5, 2008 |
| Joint Claim Construction Chart | April 10, 2008 |
| Initial Markman Briefs | April 10, 2008 |
| Answering Markman Briefs | May 1, 2008 |
| Interim Status Report with Court | May 7, 2008 |
| Rule 16(a), (b), and (c) Status Conference | May 14, 2008 |
| Markman Hearing | August 2008 |
| Fact Discovery Complete | September 1, 2008 |
| Initial Expert Reports Due | November 12, 2008 |
| Responsive Expert Reports | December 19, 2008 |

The scheduling of Markman proceedings relatively early in the litigation reflects Judge Thynge's suggestion to conform the Markman schedule in this case to that in the related *Sepracor v. Dey* matter, C.A. No. 06-113, also before your Honor. No date for the Markman Hearing has been set in either case as of yet.

The parties have been unable to reach an agreement on two issues in the Scheduling Plan, and on December 7, 2007, counsel for Barr submitted a letter to Magistrate Judge Thynge setting forth those issues. The parties have been unable to reach a decision on the final date for the joinder of other parties and amendment of pleadings. The parties have also been unable to reach a decision on the number of hours allocated for non-expert depositions. Defendants would like 150 hours of deposition time while Plaintiffs believe that 50 hours is sufficient. That letter also set forth unresolved issues between the parties concerning the Protective Order.

To date, the parties have exchanged Rule 26 Initial Disclosures, and the parties have just begun fact discovery. No trial date has been set.

Regarding the earliest-filed Breath case in the District of Massachusetts, all discovery other than expert depositions has been completed. Markman briefing is scheduled to be completed by January 28, 2008 with the Markman hearing taking place on February 21 and 22, 2008. The court in the Breath case has indicated that it will try to issue a Markman ruling within 45 days of the hearing. Trial in the Massachusetts case is currently scheduled for July 14 – August 1, 2008.

THE BAYARD FIRM

The Honorable Joseph J. Farnan, Jr.
December 21, 2007

Respectfully submitted,

*Richard D. Kirk*

Richard D. Kirk (rk0922)

cc:   Original to Court, by hand
      All counsel of record as shown on attached service list

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 21, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494

The undersigned counsel further certifies that, on December 21, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

George C. Lombardi, Esquire
Imron T. Aly, Esquire
Elizabeth H. Erickson, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk