IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEPRACOR INC.,

            Plaintiff,

v.

BARR LABORATORIES, INC.

            Defendant.

C.A. No. 07-438-*** (MPT)

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 28, 2007, copies of **(1) PLAINTIFF SEPRACOR INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANTS BARR LABORATORIES, INC. (NOS. 1-12); (2) PLAINTIFF SEPRACOR INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT BARR LABORATORIES, INC. and (3) this NOTICE OF SERVICE** were served in the manner shown below:

BY HAND AND EMAIL:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494

December 28, 2007

BY U.S. MAIL AND EMAIL:

George C. Lombardi, Esquire
Imron T. Aly, Esquire
Elizabeth H. Erickson, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

*/s/ Richard D. Kirk (rk0922)*
Richard D. Kirk (rk0922)
THE BAYARD FIRM
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardfirm.com
Attorneys for Plaintiff Sepracor Inc.

{00669413;v1}

OF COUNSEL:
Todd R. Walters
Susan M. Dadio
Barbara Webb Walker
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620

Joseph M. OMalley, Jr.
Bruce M. Wexler
Preston K. Ratliff, Jr.
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
75 East 55th Street
New York, NY 10022
212-318-6000