# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>        Plaintiff,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>        Defendant. | C.A. No. 07-438 JJF |

## NOTICE OF MOTION FOR ENTRY OF
## SCHEDULING AND PROTECTIVE ORDERS

    Defendant Barr Laboratories, Inc. ("Barr") respectfully requests that its Motion for Entry of Scheduling and Protective Orders be heard by the Court on February 8, 2008.

Dated: January 10, 2008

                                             */s/ Richard K. Herrmann*
                                            Richard K. Herrmann (#405)
                                            Mary B. Matterer (#2696)
                                            MORRIS JAMES LLP
                                            500 Delaware Avenue, Suite 1500
                                            Wilmington, DE 19801
                                            (302) 888-6800

                                            George C. Lombardi
                                            Imron T. Aly
                                            Elizabeth H. Erickson
                                            WINSTON & STRAWN LLP
                                            35 West Wacker Drive
                                            Chicago, Illinois 60601
                                            (312) 558-5600

                                            *Attorneys for Defendant Barr Laboratories, Inc.*