IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>              Plaintiff,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>              Defendant. | C.A. No. 07-438 JJF |

## BARR LABORATORIES, INC.'S RULE 7.1.1 STATEMENT

Counsel for Defendant Barr Laboratories, Inc. ("Barr") hereby certifies that opposing counsel was contacted in an effort to resolve the issues raised in Barr's Motion for Entry of Scheduling and Protective Orders but the parties have been unable to come to an agreement to date.

Dated: January 10, 2008

                                                      */s/ Richard K. Herrmann*
                                        Richard K. Herrmann (#405)
                                        Mary B. Matterer (#2696)
                                        MORRIS JAMES LLP
                                        500 Delaware Avenue, Suite 1500
                                        Wilmington, DE 19801
                                        (302) 888-6800

                                        George C. Lombardi
                                        Imron T. Aly
                                        Elizabeth H. Erickson
                                        WINSTON & STRAWN LLP
                                        35 West Wacker Drive
                                        Chicago, Illinois 60601
                                        (312) 558-5600

                                        *Attorneys for Defendant Barr Laboratories, Inc.*