IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>    Defendant. | C.A. No. 07-438 JJF |

## NOTICE OF SERVICE

Please take notice that on the 11th day of January, 2008, copies of the following documents, **BARR LABORATORIES' FIRST SET OF INTERROGATORIES and BARR LABORATORIES' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS,** were served on counsel as indicated:

**By Email and Hand Delivery**
Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
rkirk@bayardfirm.com
astitzer@bayardfirm.com

**By Email and Federal Express**
Todd R. Walters
Susan M. Dadio
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA  22314-2727
todd.walters@bipc.com
susan.dadio@bipc.com

William E. Davis
Buchanan Ingersoll & Rooney PC
Bank of America Tower
100 S.E. Second Street, 34th Floor
Miami, FL  33131-2158
william.davis@bipc.com

- 2 -

Dated: January 11, 2008                     /s/ Richard K. Herrmann
                                                           Richard K. Herrmann (#405)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
Telephone: (302) 888-6816

*Attorneys for Defendant Barr Laboratories, Inc.*