IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-438 (JJF) |
| ) | |
| BARR LABORATORIES, INC. ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of BAYARD, P.A. and enter the appearance of MORRIS, NICHOLS, ARSHT & TUNNELL LLP as counsel for plaintiff Sepracor, Inc.

BAYARD, P.A.

/s/ *Richard D. Kirk*

Richard D. Kirk (#922)
Ashley Stitzer (#3891)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

January 15, 2008

## CERTIFICATE OF SERVICE

I, hereby certify that on January 15, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard Hermann, Esquire
>MORRIS JAMES LLP

I also certify that copies were caused to be served on January 15, 2008 upon the following in the manner indicated:

>**BY ELECTRONIC MAIL**
>**and HAND DELIVERY**
>
>Richard Hermann, Esquire
>MORRIS JAMES LLP
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE  19801
>
>**BY ELECTRONIC MAIL**
>
>George C. Lombardi, Esquire
>Imron T. Aly, Esquire
>Elizabeth H. Erickson, Esquire
>WINSTON & STRAWN LLP
>35 West Wacker Drive
>Chicago, IL  60601

>>*/s/ Jack B. Blumenfeld*
>>Jack B. Blumenfeld (#1014)