### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., <br><br> Plaintiff, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 07-438 JJF |

### NOTICE OF SERVICE

Please take notice that on the 28th day of January, 2008, copies of the following documents:

1. **Defendant Barr's Objections And Responses To Plaintiff's First Set Of Interrogatories;** and

2. **Defendant Barr's Objections And Responses To Plaintiff's First Set of Requests For Production Of Documents and Things,**

were served on counsel as indicated:

**By Email and Hand Delivery**
Jack B. Blumenfeld, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com

**By Email and Federal Express**
Todd R. Walters
Susan M. Dadio
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
todd.walters@bipc.com
susan.dadio@bipc.com

Joseph M. O'Malley, Jr.
Bruce M. Wexler
Preston K. Ratliff, II
Paul Hastings Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
josephomalley@paulhastings.com
brucewexler@paulhastings.com
prestonratliff@paulhastings.com

- 2 -

Dated: January 29, 2008                    /s/ Mary B. Matterer
                                                          Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
Telephone: (302) 888-6800

*Attorneys for Defendant Barr Laboratories, Inc.*