✎ AO 120 (Rev. 3/04)

Case 1:07-cv-00438-JJF   Document 42   Filed 02/06/2008   Page 1 of 1

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Delaware___ on the following   x Patents or   ☐ Trademarks:

| DOCKET NO.<br>07-cv-438 | DATE FILED<br>7/12/2007 | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF<br>Sepracor Inc. | | DEFENDANT<br>Barr Laboratories Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,362,755 | 11/08/1994 | Sepracor Inc. |
| 2 | 5,547,994 | 09/20/1996 | Sepracor Inc. |
| 3 | 5,760,090 | 06/02/1998 | Sepracor Inc. |
| 4 | 5,844,002 | 12/01/1998 | Sepracor Inc. |
| 5 | | | |
| | | | |
| | | | |

| DATE INCLUDED | INCLUDED BY | | | | |
|---|---|---|---|---|---|
| | | Amendment | Answer | Cross Bill | Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>02/06/2008 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy