IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEPRACOR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-438 (JJF) |
| | ) | |
| BARR LABORATORIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Sepracor's Responses to Defendant Barr Laboratories' First Set of Interrogatories* and (ii) *Sepracor's Responses to Defendant Barr Laboratories, Inc.'s Second Request for Production of Documents* were caused to be served on February 11, 2008 upon the following in the manner indicated:

Richard Hermann, Esquire *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP *and HAND DELIVERY*
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

George C. Lombardi, Esquire *VIA ELECTRONIC MAIL*
Imron T. Aly, Esquire
Elizabeth H. Erickson, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

2

          MORRIS NICHOLS ARSHT & TUNNELL LLP

          */s/ Jack B. Blumenfeld*
          _____
          Jack B. Blumenfeld (#1014)
          Karen Jacobs Louden (#2881)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, Delaware 19899
          (302) 658-9200
          jblumenfeld@mnat.com

          *Counsel for Plaintiff*

OF COUNSEL:

Joseph M. O'Malley
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

February 11, 2008

## CERTIFICATE OF SERVICE

I, hereby certify that on February 11, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard Hermann, Esquire
> MORRIS JAMES LLP

I also certify that copies were caused to be served on February 11, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

Richard Hermann, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

George C. Lombardi, Esquire
Imron T. Aly, Esquire
Elizabeth H. Erickson, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)