IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEPRACOR, INC.,               )
                              )
        Plaintiff,            )
                              )
    v.                        )        C.A. No. 07-438 (JJF)
                              )
BARR LABORATORIES, INC.       )
                              )
        Defendant.            )

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## BUCHANAN, INGERSOLL & ROONEY PC AS COUNSEL FOR PLAINTIFF

The appearances of the law firm of Buchanan, Ingersoll & Rooney PC, and lawyers Susan M. Dadio, Todd R. Walters and Jayson R. Wolfgang of that firm, are hereby withdrawn as counsel for plaintiff Sepracor Inc. Sepracor will continue to be represented by the law firms of Paul, Hastings, Janofsky & Walker LLP and Morris, Nichols, Arsht & Tunnell LLP.

MORRIS NICHOLS ARSHT & TUNNELL LLP

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
jblumenfeld@mnat.com

*Counsel for Plaintiff*

OF COUNSEL:

Joseph M. O'Malley
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY  10022
(212) 318-6000

March 19, 2008
1751652

## CERTIFICATE OF SERVICE

I, hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard Hermann, Esquire
> MORRIS JAMES LLP

I also certify that copies were caused to be served on March 19, 2008 upon the following in the manner indicated:

### BY ELECTRONIC MAIL
### and HAND DELIVERY

Richard Hermann, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

### BY ELECTRONIC MAIL

George C. Lombardi, Esquire
Imron T. Aly, Esquire
Elizabeth H. Erickson, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

Jack B. Blumenfeld (#1014)