IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEPRACOR INC., :
:
      Plaintiff, :
:
v. : C.A. No. 07-438 JJF
:
BARR LABORATORIES, INC., :
:
      Defendant. :

**ORDER**

On December 7, 2007, Defendant Barr Laboratories ("Barr") informed the Court by letter that it and Plaintiff Sepracor, Inc. ("Sepracor") are at an impasse over the content of the proposed Scheduling and Protective Orders. On January 10, 2008, Defendant filed a Motion for Entry of Scheduling and Protective Orders (D.I. 34), which addresses the same matter as its December letter.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion (D.I. 34) is **GRANTED in part** and **DENIED in part**, as follows:

    A.    the Scheduling Order shall include a limitation of fifty (50) hours, for each side, of taking non-expert testimony by deposition.

    B.    the Protective Order shall include the provisions stipulated to in Defendant's December 7, 2007 letter, with the following changes:

        1.    Sections 2(f)(i) & (ii) on pages 3-4, the Court adopts Barr's proposals;

2. Section 3 on page 5, the language Barr further proposes is omitted;

3. Section 11(a) on page 7, Barr's proposals are omitted;

4. Section 16 on page 9, the language Sepracor further proposes is omitted;

5. Section 18 on page 9, Barr's proposal is omitted, and for section 18(a) on page 10, Sepracor's proposal is adopted;

6. Section 25 on page 14, the language Barr further proposes is omitted;

7. The parties shall jointly resubmit a Stipulated Protective Order that is in accordance with the Court's ruling;

April 15, 2008

_____
UNITED STATES DISTRICT JUDGE