IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., | |
| Plaintiff, | |
| v. | C.A. No. 06-113 (JJF) |
| | C.A. No. 06-604 (JJF) |
| DEY, L.P., and DEY, INC. | CONSOLIDATED |
| | **REDACTED –** |
| Defendants. | **PUBLIC VERSION** |
| SEPRACOR INC., | |
| Plaintiff, | |
| v. | C.A. No. 07-438 (JJF) |
| BARR LABORATORIES, INC., | |
| Defendant. | |

## DECLARATION OF PRESTON K. RATLIFF II IN SUPPORT OF SEPRACOR'S OPENING CLAIM CONSTRUCTION BRIEF

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
*Attorneys for Plaintiff Sepracor Inc.*

OF COUNSEL:

Joseph M. O'Malley, Jr.
Bruce M. Wexler
Preston K. Ratliff II
PAUL, HASTINGS, JANOFSKY &
    WALKER LLP
75 East 55th Street
New York, NY  10022

Original Filing Date:  April 10, 2008
Redacted Filing Date:  April 18, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., Plaintiff, v. DEY, L.P., and DEY, INC. Defendants. | C.A. No. 06-113 (JJF) C.A. No. 06-604 (JJF) CONSOLIDATED |
| SEPRACOR INC., Plaintiff, v. BARR LABORATORIES, INC., Defendant. | C.A. No. 07-438 (JJF) REDACTED – PUBLIC VERSION |

## DECLARATION OF PRESTON K. RATLIFF II IN SUPPORT OF SEPRACOR'S OPENING CLAIM CONSTRUCTION BRIEF

I, Preston K. Ratliff II, am associated with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for Plaintiff, Sepracor Inc. ("Sepracor"). I make this declaration in support of SEPRACOR'S OPENING CLAIM CONSTRUCTION BRIEF.

      1.    Attached as Exhibit 1 hereto is a true and correct copy of U.S. Patent No. 5,362,755.

      2.    Attached as Exhibit 2 hereto is a true and correct copy of U.S. Patent No. 5,547,994.

      3.    Attached as Exhibit 3 hereto is a true and correct copy of U.S. Patent No. 5,760,090.

4.      Attached as Exhibit 4 hereto is a true and correct copy of U.S. Patent No. 5,844,002.

5.      Attached as Exhibit 5 hereto is a true and correct copy of U.S. Patent 6,083,993.

6.      Attached as Exhibit 6 hereto is a true and correct copy of a May 12, 1994 Submission to the USPTO regarding application no. 08/163,581.

7.      Attached as Exhibit 7 hereto is a true and correct copy of a July 26, 1994 communication from the USPTO regarding application no. 08/163,581.

8.      Attached as Exhibit 8 hereto is a true and correct copy of a July 14, 1992 Submission to the USPTO regarding application no. 07/896,725.

9.      Attached as Exhibit 9 hereto is a true and correct copy of a March 26, 2008 letter from Imron T. Aly to Preston K. Ratliff II.

10.     Attached as Exhibit 10 hereto is a true and correct copy of a May 11, 1994 declaration of T. Scott Johnson submitted to the USPTO in application no. 08/163,581.

11.     Attached as Exhibit 11 hereto is a true and correct copy of a June 9, 1995 Submission to the USPTO regarding application no. 08/335,480.

12.     Attached as Exhibit 12 hereto is a true and correct copy of Stedman's Medical Dictionary, 25th Edition, page 214.

13.     Attached as Exhibit 13 hereto is a true and correct copy of the Second Supplemental Response of Defendants Dey, L.P. and Dey, Inc. to Plaintiff's Interrogatories Nos. 1, 2, 4, 5, 7, and 8.

14.     Attached as Exhibit 14 hereto is a true and correct copy of an April 21, 1998 Submission to the USPTO regarding application no. 09/063,551.

15.     Attached as Exhibit 15 hereto is a true and correct copy of A. Lurie et al.,

*Long Term Management of Reversible Obstructive Airways Disease in Adults*, Lung (1990)

Suppl:154-167.

16.     Attached as Exhibit 16 hereto is a true and correct copy of a December 17,

1999 Submission to the USPTO regarding application no. 09/200,541.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: **4/10/08**                                Preston K. Ratliff II

## CERTIFICATE OF SERVICE

I, hereby certify that on April 18, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> John G. Day
> Tiffany Geyer Lydon
> ASHBY & GEDDES
>
> Richard Hermann
> MORRIS JAMES LLP

I also certify that copies were caused to be served on April 18, 2008 upon the following in the manner indicated:

**BY E-MAIL**

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Richard Hermann
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

**BY E-MAIL**

Edgar H. Haug
Sam Desai
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151

Elizabeth A. Leff
FROMMER LAWRENCE & HAUG LLP
1667 K Street, N.W.
Washington, DE 20006

George C. Lombardi
Imron T. Aly
Elizabeth H. Erickson
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)

# EXHIBIT 1



US005362755A

# United States Patent [19]

## Barberich et al.

| | |
|---|---|
| [11] | Patent Number: **5,362,755** |
| [45] | Date of Patent: **Nov. 8, 1994** |

[54] **METHOD FOR TREATING ASTHMA USING OPTICALLY PURE (R)-ALBUTEROL**

[75] Inventors: **Timothy J. Barberich,** Concord; **James W. Young,** Still River, both of Mass.

[73] Assignee: **Sepracor, Inc.,** Marlborough, Mass.

[21] Appl. No.: **163,581**

[22] Filed: **Dec. 7, 1993**

### Related U.S. Application Data

[63] Continuation of Ser. No. 896,725, Jun. 9, 1992, abandoned, which is a continuation of Ser. No. 461,262, Jan. 5, 1990, abandoned.

[51] Int. Cl.⁵ ............................................ **A61K 31/135**
[52] U.S. Cl. ................................... **514/649;** 514/826
[58] Field of Search ................................ 514/649, 826

[56] **References Cited**

FOREIGN PATENT DOCUMENTS

2255503   7/1992   United Kingdom .

### OTHER PUBLICATIONS

R. T. Brittain et al., *Br. J. Pharmacol.,* 48:144–147 (1973).
C. J. Hawkins and G. T. Klease, *J. Med. Chemistry,* 16(7):856–857 (1973).
D. Hartley and D. Middlemiss, *J. Med. Chemistry,* 14(9):895 (1971).
C. K. Buckner and P. Abel, *J. Pharmacol. Exp. Ther.,* 189(3):616–625 (1974).
Tan et al., "Analysis of Salbutomol Enantiomers in Human Urine by Chiral High Performance Liquid Chromatography and Preliminary Studies Related to the Stereoselective Disposition Kinetics in Man", *J. Chromatogr.,* 422, 187–95 (1987).
Chemical Abstracts 89:123259m (1978).

*Primary Examiner*—Raymond J. Henley, III
*Attorney, Agent, or Firm*—Heslin & Rothenberg

[57]    **ABSTRACT**

The optically pure R(−) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals. A method is disclosed utilizing the optically pure R(−) isomer of albuterol for treating asthma while minimizing the side effects associated with chronic administration of racemic albuterol.

**7 Claims, No Drawings**

1

5,362,755

2

## METHOD FOR TREATING ASTHMA USING OPTICALLY PURE (R)-ALBUTEROL

This application is a continuation of application Ser. No. 07/896,725 filed Jun. 9, 1992 now abandoned which is a continuation of copending application Ser. No. 07/461,262 filed on Jan. 5, 1990 now abandoned.

### DESCRIPTION

1. Background

Albuterol is a drug belonging to the general class of beta-adrenergic compounds. The prime action of beta-adrenergic drugs is to stimulate adenyl cyclase, the enzyme which catalyzes the formation of cyclic-3',5'-adenosine monophosphate (AMP) from adenosine triphosphate (ATP). The cyclic AMP formed mediates the cellular responses. Albuterol acts selectively on beta$_2$-adrenergic receptors to relax smooth muscle tissue, for example, in the bronchial system. Albuterol is most commonly used to treat bronchial spasms associated with asthma and is the active component in well-known commercial bronchodilators such as Proventil and Ventolin.

The form in which albuterol is presently used is a racemic mixture. That is, it is a mixture of optical isomers, called enantiomers. Enantiomers are structurally identical compounds which differ only in that one isomer is a mirror image of the other and the mirror images cannot be superimposed. This phenomenon is known as chirality. Most biological molecules exist as enantiomers and exhibit chirality. Although structurally identical, enantiomers can have profoundly different effects in biological systems: one enantiomer may have a specific biological activity while the other enantiomer has no biological activity at all, or may have an entirely different form of biological activity.

### SUMMARY OF THE INVENTION

The present invention relates to a method of treating bronchial disorders, such as asthma, in an individual, by administering to the individual an amount of optically pure R(−) albuterol which is active in bronchial tissue sufficient to reduce bronchial spasms associated with asthma while minimizing side effects associated with albuterol. The method is particularly useful in treating asthma while reducing side effects, such as central nervous system stimulatory effects and cardiac arrythmia. In these applications, it is important to have a composition which is a potent broncho-dilator and which does not exhibit the adverse side effects of many beta-adrenergic drugs. A composition containing the pure R(−) isomer of albuterol is particularly useful for this application because this isomer exhibits these desired characteristics. The present method provides a safe, effective method for treating asthma while reducing undesirable side effects, for example, tremor, nervousness, shakiness, dizziness and increased appetite, and particularly, cardiac arrythmia, typically associated with beta-adrenergic drugs. In children, side effects such as excitement, nervousness and hyperkinesia are reduced when the pure isomer is administered. In addition to the above, at certain levels racemic albuterol can cause teratogenic effects, which are believed to be associated with the S(+) isomer. Administering the pure isomer reduces the teratogenic potential which is associated with the S(+) isomer of albuterol.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention relies on the bronchodilation activity of the R(−) enantiomer of albuterol to provide relief from bronchial disorders, while simultaneously reducing undesirable side effects, for example, central nervous system stimulatory effects and cardiac disorders, commonly experienced by albuterol users. In the present method, the optically pure R(−) isomer of albuterol, which is substantially free of the S(+) enantiomer, is administered alone, or in combination with one or more other drug(s) in adjunctive treatment, to an individual in whom asthma relief (e.g., relief from bronchial spasms, shortness of breath) is desired. The optically pure R(−) isomer of albuterol as used herein refers to the levorotatory optically pure isomer of $\alpha^1$[(-tert-butylamino) methyl]-4-hydroxy-m-xylene-$\alpha$,  $\alpha'$-diol, and to any biologically acceptable salt or ester thereof. The terms "optically pure" or "substantially free of the S(+) enantiomer" as used herein means that the composition contains at least 90% by weight of the R(−) isomer of albuterol and 10% by weight or less of the S(+) isomer. Optically pure albuterol is readily obtainable by methods known to those of skill in the art, for example, by synthesis from an optically pure intermediate.

In the present method, the R(−) isomer of albuterol is administered to an individual who has asthma. For example, R(−) albuterol is administered to an individual after onset of asthma to reduce breathing difficulty resulting from asthma. In another embodiment, optically pure R(−) albuterol is administered prophylactically, that is, before the bronchiospasm begins in an asthma attack, to prevent its occurrence or to reduce the extent to which it occurs.

In the present method, R(−) albuterol can be administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parenterally, transdermally, rectally or via an implanted reservoir containing the drug. The form in which the drug will be administered (e.g., inhalant, powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the individual's size, the severity of the symptoms to be treated and the result sought. In general, quantities of optically pure R(−) albuterol sufficient to reduce the symptoms of asthma will be administered. The actual dosage (quantity administered at a time) and the number of administrations per day will depend on the mode of administration, for example, by inhaler, nebulizer or oral administration. About 30 mcg to about 90 mcg of the optically pure R(−) isomer of albuterol given by inhalation one or more times per day will be adequate in most individuals to produce the desired bronchodilation effect. For oral administration, e.g., tablet or syrup, a dose of about 1 mg to about 8 mg two to four times daily is administered to produce the desired effect.

In the method of the present invention, the optically pure R(−) isomer of albuterol can be administered together with one or more other drug(s). For example, an antiasthmatic drug such as theophylline or terbutaline, or an antihistamine or analgesic such as aspirin, acetaminophen or ibuprofen, can be given with or in close temporal proximity to administration of optically pure, R(−) albuterol. The two (or more) drugs (the

5,362,755

3

optically pure active isomer of albuterol and another drug) can be administered in one composition or as two separate entities. For example, they can be administered in a single capsule, tablet, powder, or liquid, etc. or as individual compounds. The components included in a particular composition, in addition to optically pure albuterol and another drug or drugs, are determined primarily by the manner in which the composition is to be administered. For example, a composition to be administered in inhalent form can include, in addition to the drug(s), a liquid carrier and/or propellent. A composition to be administered in tablet form can include a filler (e.g., lactose), a binder (e.g., carboxymethyl cellulose, gum arabic, gelatin), an adjuvant, a flavoring agent, a coloring agent and a coating material (e.g., wax or a plasticizer). A composition to be administered in liquid form can include the combination of drugs and, optionally, an emulsifying agent, a flavoring agent and-/or a coloring agent.

In general, according to the method of the present invention, the optically pure R(—) isomer of albuterol, alone or in combination with another drug(s), is administered to an individual periodically as necessary to reduce symptoms of asthma.

The present composition and method provide an effective treatment for asthma while minimizing the undesirable side effects associated with albuterol use. These side effects include central nervous system effects, such as tremor, nervousness, shakiness, dizziness and increased appetite, and cardiac effects, such as cardiac arrythmia. In children, side effects, such as excitement, nervousness and hyperkinesia, are reduced when the pure isomer is administered. In addition, teratogenic effects associated with albuterol are believed to reside in the S(+) enantiomer. Thus, administering the pure R(—) isomer may reduce the teratogenic potential associated with albuterol.

### Equivalents

Those skilled in the art will recognize, or be able to ascertain, using no more than routine experimentation,

4

many equivalents to the specific embodiments of the invention described herein. Such equivalents are intended to be encompassed in the scope of the following claims.

We claim:

1. A method of treating asthma in an individual with albuterol, while reducing side effects associated with chronic administration of racemic albuterol, comprising chronically administering to the individual a quantity of an optically pure R(—) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects, said R isomer being substantially free of its S(+) isomer.

2. A method of claim 1 wherein the amount of the R(—) isomer of albuterol is greater than approximately 90% by weight of total albuterol.

3. A method of claim 2 wherein the amount of the R(—) isomer of albuterol is greater than 99% by weight of total albuterol.

4. A method of claim 1 comprising administering to the individual by inhalation from approximately 30 mcg to approximately 90 mcg of the R(—) isomer of albuterol per dose.

5. A method of claim 1 comprising orally administering to the individual from approximately 1 mg to approximately 8 mg of the R(—) isomer of albuterol two to four times daily.

6. A method of treating asthma in an individual with albuterol, while reducing side effects associated with chronic administration or racemic albuterol, comprising chronically administering to the individual a quantity of an optically pure R(—) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects and at least one additional drug selected from the group consisting of bronchodilators, antihistamines and analgesics.

7. A method of claim 6 wherein the analgesic is selected from the group consisting of: aspirin, acetaminophen and ibuprofen.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 5,362,755                                          Page 1 of  1
DATED          : November 8, 1994
INVENTOR(S)    : Barbarich et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 4,
Line 30, delete the word "or" and insert the word -- of --

Signed and Sealed this

Thirtieth Day of September, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

# EXHIBIT 2

US005547994A

## United States Patent [19]

### Barberich et al.

[11] Patent Number: 5,547,994

[45] Date of Patent: Aug. 20, 1996

[54] **METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(−) ALBUTEROL**

[75] Inventors: **Timothy J. Barberich**, Concord; **James W. Young**, Still River, both of Mass.

[73] Assignee: **Sepracor, Inc.**, Marlborough, Mass.

[21] Appl. No.: **335,480**

[22] Filed: **Nov. 7, 1994**

### Related U.S. Application Data

[63] Continuation of Ser. No. 163,581, Dec. 7, 1993, Pat. No. 5,362,755, which is a continuation of Ser. No. 896,725, Jun. 9, 1992, abandoned, which is a continuation of Ser. No. 461,262, Jan. 5, 1990, abandoned.

[51] Int. Cl.$^6$ ............................................. A61K 31/135
[52] U.S. Cl. ................................. 514/649; 514/826
[58] Field of Search ........................... 514/649, 826

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

5,362,755  11/1994  Barberich et al. ...................... 514/649

#### FOREIGN PATENT DOCUMENTS

2255503  7/1992  United Kingdom .

#### OTHER PUBLICATIONS

Tan et al. "Stereoselective Disposition of Salbutamol Enantiomers . . ." *Clin. Chem.* 33, 1026 (1987).

Brittain et al. "Some observations on the β–adrenoceptor agonist . . ." *Br. J. Pharmac.* 48, 144–147 (1973).

Hartley et al. "Absolute Configuration of the Optical Isomers of Salbutamol" *J. Med. Chem.* 12, 995 (1971).

Hawkins et al. "Relative Potency of (−)–and (±)–Salbutamol on Guinea Pig . . ." *J. Med. Chem.* 16, 856∝857 (1973).

Buckner et al. "Studies on the Effects of Enantiomers of Soterenol, Trimetoquinol . . ." *J. Pharm. Exp. Ther.* 189, 616–625 (1974).

Passowicz–Muszynska E. "Effect on beta adrenergic receptors of tachyphylaxis . . ." *Index Medicus* 91:164287 (1990).

Pauwels "Effect of corticosteroids on the action of sympathomimetics" *Index Medicus* 86:051970 (1985).

Chapman et al. "An anomalous effect of salbutamol in sensitised guinea pigs" *Brit. J. Pharmacol* 99, 66P (1990).

Morley et al. "Effects of (+) and racemic salbutamol on airway responses in the guinea pig" *Brit. J. Pharmacol.* 104, 295P (1991).

Chapman et al. "Racemic mixtures at root of worsening symptoms? Active enantiomers . . . " *Tips* 13, 231–232 (1992).

Muittari et al. "Comparison of acute bronchodilator effects of oral salbutamol, . . ." *Chem. Abstr.* 89: 123259m (1978).

*Primary Examiner*—Raymond Henley, III
*Attorney, Agent, or Firm*—Heslin & Rothenberg, P.C.

[57] **ABSTRACT**

The optically pure R(−) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals. A method is disclosed utilizing the optically pure R(−) isomer of albuterol for treating asthma while minimizing the side effects associated with albuterol.

**6 Claims, No Drawings**

5,547,994

**1**

## METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(−) ALBUTEROL

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 08/163,581, filed Dec. 7, 1993 and now U.S. Pat. No. 5,362,755, which was a continuation of application Ser. No. 07/896,725, filed Jun. 9, 1992, now abandoned, which was a continuation of application Ser. No. 07/461,262 filed Jan. 5, 1990, now abandoned.

### BACKGROUND

Albuterol is a drug belonging to the general class of beta-adrenergic compounds. The prime action of beta-adrenergic drugs is to stimulate adenyl cyclase, the enzyme which catalyzes the formation of cyclic-3',5'-adenosine monophosphate (AMP) from adenosine triphosphate (ATP). The cyclic AMP formed mediates the cellular responses. Albuterol acts selectively on $beta_2$-adrenergic receptors to relax smooth muscle tissue, for example, in the bronchial system. Albuterol is most commonly used to treat bronchial spasms associated with asthma and is the active component in well-known commercial bronchodilators such as Proventil and Ventolin.

The form in which albuterol is presently used is a racemic mixture. That is, it is a mixture of optical isomers, called enantiomers. Enantiomers are structurally identical compounds which differ only in that one isomer is a mirror image of the other and the mirror images cannot be superimposed. This phenomenon is known as chirality. Most biological molecules exist as enantiomers and exhibit chirality. Although structurally identical, enantiomers can have profoundly different effects in biological systems: one enantiomer may have a specific biological activity while the other enantiomer has no biological activity at all, or may have an entirely different form of biological activity.

### SUMMARY OF THE INVENTION

The present invention relates to a method of treating bronchial disorders, such as asthma, in an individual, by administering to the individual an amount of optically pure R(−) albuterol which is active in bronchial tissue sufficient to reduce bronchial spasms associated with asthma while minimizing side effects associated with albuterol. The method is particularly useful in treating asthma while reducing side effects, such as central nervous system stimulatory effects and cardiac arrythmia. In these applications, it is important to have a composition which is a potent bronchodilator and which does not exhibit the adverse side effects of many beta-adrenergic drugs. A composition containing the pure R(−) isomer of albuterol is particularly useful for this application because this isomer exhibits these desired characteristics. The present method provides a safe, effective method for treating asthma while reducing undesirable side effects, for example, tremor, nervousness, shakiness, dizziness and increased appetite, and particularly, cardiac arrythmia, typically associated with beta-adrenergic drugs. In children, side effects such as excitement, nervousness and hyperkinesia are reduced when the pure isomer is administered. In addition to the above, at certain levels racemic albuterol can cause teratogenic effects, which are believed to be associated with the S(+) isomer. Administering the pure isomer reduces the teratogenic potential which is associated with the S(+) isomer of albuterol.

**2**

### DETAILED DESCRIPTION OF THE INVENTION

The present invention relies on the bronchodilation activity of the R(−) enantiomer of albuterol to provide relief from bronchial disorders, while simultaneously reducing undesirable side effects, for example, central nervous system stimulatory effects and cardiac disorders, commonly experienced by albuterol users. In the present method, the optically pure R(−) isomer of albuterol, which is substantially free of the S(+) enantiomer, is administered alone, or in combination with one or more other drug(s) in adjunctive treatment, to an individual in whom asthma relief (e.g., relief from bronchial spasms, shortness of breath) is desired. The optically pure R(−) isomer of albuterol as used herein refers to the levorotatory optically pure isomer of $alpha^1$ [(tert-butylamino) methyl] -4-hydroxy-m-xylene-$alpha$, $alpha'$-diol, and to any biologically acceptable salt or ester thereof. The terms "optically pure" or "substantially free of the S(+) enantiomer" as used herein means that the composition contains at least 90% by weight of the R(−) isomer of albuterol and 10% by weight or less of the S(+) isomer. Optically pure albuterol is readily obtainable by methods known to those of skill in the art, for example, synthesis from an optically pure intermediate.

In the present method, the R(−) isomer of albuterol is administered to an individual who has asthma. For example, R(−) albuterol is administered to an individual after onset of asthma to reduce breathing difficulty resulting from asthma. In another embodiment, optically pure R(−) albuterol is administered prophylactically, that is, before the bronchiospasm begins in an asthma attack, to prevent its occurrence or to reduce the extent to which it occurs.

In the present method, R(−) albuterol can be administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parenterally, transdermally, rectally or via an implanted reservoir containing the drug. The form in which the drug will be administered (e.g., inhalant, powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the individual's size, the severity of the symptoms to be treated and the result sought. In general, quantities of optically pure R(−) albuterol sufficient to reduce the symptoms of asthma will be administered. The actual dosage (quantity administered at a time) and the number of administrations per day will depend on the mode of administration, for example, by inhaler, nebulizer or oral administration. About 30 mcg to about 90 mcg of the optically pure R(−) isomer of albuterol given by inhalation one or more times per day will be adequate in most individuals to produce the desired bronchodilation effect. For oral administration, e.g., tablet or syrup, a dose of about 1 mg to about 8 mg two to four times daily is administered to produce the desired effect.

In the method of the present invention, the optically pure R(−) isomer of albuterol can be administered together with one or more other drug(s). For example, an antiasthmatic drug such as theophylline or terbutaline, or an antihistamine or analgesic such as aspirin, acetaminophen or ibuprofen, can be given with or in close temporal proximity to administration of optically pure, R(−) albuterol. The two (or more) drugs (the optically pure active isomer of albuterol and another drug) can be administered in one composition or as two separate entities. For example, they can be administered in a single capsule, tablet, powder, or liquid, etc. or as individual compounds. The components included in a par-

5,547,994

3

ticular composition, in addition to optically pure albuterol and another drug or drugs, are determined primarily by the manner in which the composition is to be administered. For example, a composition to be administered in inhalent form can include, in addition to the drug(s), a liquid carrier and/or propellent. A composition to be administered in tablet form can include a filler (e.g., lactose), a binder (e.g., carboxymethyl cellulose, gum arabic, gelatin), an adjuvant, a flavoring agent, a coloring agent and a coating material (e.g., wax or a plasticizer). A composition to be administered in liquid form can include the combination of drugs and, optionally, an emulsifying agent, a flavoring agent and/or a coloring agent.

In general, according to the method of the present invention, the optically pure R(−) isomer of albuterol, alone or in combination with another drug(s), is administered to an individual periodically as necessary to reduce symptoms of asthma.

The present composition and method provide an effective treatment for asthma while minimizing the undesirable side effects associated with albuterol use. These side effects include central nervous system effects, such as tremor, nervousness, shakiness, dizziness and increased appetite, and cardiac effects, such as cardiac arrythmia. In children, side effects, such as excitement, nervousness and hyperkinesia, are reduced when the pure isomer is administered. In addition, teratogenic effects associated with albuterol are believed to reside in the S(+) enantiomer. Thus, administering the pure R(−) isomer may reduce the teratogenic potential associated with albuterol.

## EQUIVALENTS

Those skilled in the art will recognize, or be able to ascertain, using no more than routine experimentation, many equivalents to the specific embodiments of the invention

4

described herein. Such equivalents are intended to be encompassed in the scope of the following claims.

We claim:

1. A method of treating an acute attack of asthma, while reducing side effects associated with the acute administration of racemic albuterol, comprising administering to an individual suffering from an acute attack of asthma a quantity of an optically pure R(−) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects, said R isomer being substantially free of its S(+) isomer.

2. A method of claim 1 wherein the amount of the R(−) isomer of albuterol is greater than approximately 90% by weight.

3. A method of claim 2 wherein the amount of the R(−) isomer of albuterol is greater than 99% by weight.

4. A method of claim 1 comprising administering to the individual by inhalation from approximately 30 mcg to approximately 90 mcg of the R(−) isomer of albuterol per dose.

5. A method of treating an acute attack of asthma, while reducing side effects associated with the acute administration of racemic albuterol, comprising administering to an individual suffering from an acute attack of asthma a quantity of an optically pure R(−) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects, and at least one additional drug selected from the group consisting of bronchodilators, antihistamines and analgesics.

6. A method of claim 5 wherein the analgesic is selected from the group consisting of: aspirin, acetaminophen and ibuprofen.

*    *    *    *    *

# EXHIBIT 3

US005760090A

## United States Patent [19]

Barberich et al.

[11] Patent Number: 5,760,090

[45] Date of Patent: *Jun. 2, 1998

[54] METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(−) ALBUTEROL

[75] Inventors: **Timothy J. Barberich**, Concord; **James W. Young**, Still River, both of Mass.

[73] Assignee: **Sepracor, Inc.**, Marlborough, Mass.

[*] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,362,755.

[21] Appl. No.: 691,604

[22] Filed: **Aug. 15, 1996**

### Related U.S. Application Data

[63] Continuation of Ser. No. 335,480, Nov. 7, 1994, Pat. No. 5,547,994, which is a continuation of Ser. No. 163,581, Dec. 7, 1993, Pat. No. 5,362,755, which is a continuation of Ser. No. 896,725, Jun. 9, 1992, abandoned, which is a continuation of Ser. No. 461,262, Jan. 5, 1990, abandoned.

[51] Int. Cl.$^6$ ............................................ A61K 31/135
[52] U.S. Cl. ........................................ 514/649; 514/826
[58] Field of Search ................................................ 514/649

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,362,755 | 11/1994 | Barberich et al. | 514/649 |
| 5,547,994 | 8/1996 | Barberich et al. | 514/649 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 2128258 | 11/1983 | Germany . |
| 1298494 | 5/1971 | United Kingdom . |
| 2 255 503 | 7/1992 | United Kingdom . |

OTHER PUBLICATIONS

Tan et al. "Stereoselective Disposition of Salbutamol Enantiomer . . . " *Clin. Chem.* 33, 1026 (1987).
Brittain et al. "Some observations on the β-adrenoceptor agonist . . . " *Br. J. Pharmac.* 48, 144–147 (1973).

Hartley et al. "Absolute Configuration of the Optical Isomers of Salbutamol" *J. Med. Chem.* 12, 995 (1971).

Hawkins et al. "Relative Potency of (−)–and (±)–Salbutamol on Guinea Pig . . . " *J. Med. Chem.* 16, 856–857 (1973).

Buckner et al. "Studies on the Effects of Enantiomers of Soterenol, Trimetoquinol . . . " *J. Pharm. Exp. Ther.* 189, 616–625 (1974).

Passowicz–Muszynska E. "Effect on beta adrenergic receptors of tachyphylaxis . . . " *Index Medicus* 91:164287.

Pauwels "Effect of corticosteroids on the action of sympathomimetics" *Index Medicus* 86:051970.

Chapman et al. "An anomalous effect of salbutamol in sensitised guinea pigs" *Brit. J. Pharmacol* 99, 66P (1990).

Morley et al. "Effects of (+) and racemic salbutamol on airway responses in the guinea pig" *Brit. J. Pharmacol.* 104, 295P (1991).

Chapman et al. "Racemic mixtures at root of worsening symptom? Active enantiomers . . . " *TIPS* 13, 231–232 (1992).

Muittari et al. "Comparison of acute bronchodilator effects of oral salbutamol. . . . " *Chem. Abstr.* 89: 123259m (1978).

Primary Examiner—Raymond Henley, III
Attorney, Agent, or Firm—Heslin & Rothenberg, P.C.

[57] **ABSTRACT**

The optically pure R(−) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals. A method is disclosed utilizing the optically pure R(−) isomer of albuterol for treating asthma while minimizing the side effects associated with albuterol.

**9 Claims, No Drawings**

5,760,090

1

# METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL

This is a continuation of U.S. application Ser. No. 08/335,480, filed Nov. 7, 1994, now U.S. Pat. No. 5,547,994, which is a continuation of U.S. application Ser. No. 08/163,581 filed Dec. 7, 1993, now U.S. Pat. No. 5,362,755, which is a continuation of U.S. application Ser. No. 07/896,725, filed Jun. 9, 1992, abandoned, which is a continuation of U.S. application Ser. No. 07/461,262, filed Jan. 5, 1990, abandoned.

## BACKGROUND

Albuterol is a drug belonging to the general class of beta-adrenergic compounds. The prime action of beta-adrenergic drugs is to stimulate adenyl cyclase, the enzyme which catalyzes the formation of cyclic-3',5'-adenosine monophosphate (AMP) from adenosine triphosphate (ATP). The cyclic AMP formed mediates the cellular responses. Albuterol acts selectively on beta$_2$-adrenergic receptors to relax smooth muscle tissue, for example, in the bronchial system. Albuterol is most commonly used to treat bronchial spasms associated with asthma and is the active component in well-known commercial bronchodilators such as Proventil and Ventolin.

The form in which albuterol is presently used is a racemic mixture. That is, it is a mixture of optical isomers, called enantiomers. Enantiomers are structurally identical compounds which differ only in that one isomer is a mirror image of the other and the mirror images cannot be superimposed. This phenomenon is known as chirality. Most biological molecules exist as enantiomers and exhibit chirality. Although structurally identical, enantiomers can have profoundly different effects in biological systems: one enantiomer may have a specific biological activity while the other enantiomer has no biological activity at all, or may have an entirely different form of biological activity.

## SUMMARY OF THE INVENTION

The present invention relates to a method of treating bronchial disorders, such as asthma, in an individual, by administering to the individual an amount of optically pure R(-) albuterol which is active in bronchial tissue sufficient to reduce bronchial spasms associated with asthma while minimizing side effects associated with albuterol. The method is particularly useful in treating asthma while reducing side effects, such as central nervous system stimulatory effects and cardiac arrythmia. In these applications, it is important to have a composition which is a potent bronchodilator and which does not exhibit the adverse side effects of many beta-adrenergic drugs. A composition containing the pure R(-) isomer of albuterol is particularly useful for this application because this isomer exhibits these desired characteristics. The present method provides a safe, effective method for treating asthma while reducing undesirable side effects, for example, tremor, nervousness, shakiness, dizziness and increased appetite, and particularly, cardiac arrythmia, typically associated with beta-adrenergic drugs. In children, side effects such as excitement, nervousness and hyperkinesia are reduced when the pure isomer is administered. In addition to the above, at certain levels racemic albuterol can cause teratogenic effects, which are believed to be associated with the S(+) isomer. Administering the pure isomer reduces the teratogenic potential which is associated with the S(+) isomer of albuterol.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention relies on the broncho-dilation activity of the R(-) enantiomer of albuterol to provide relief from

2

bronchial disorders, while simultaneously reducing undesirable side effects, for example, central nervous system stimulatory effects and cardiac disorders, commonly experienced by albuterol users. In the present method, the optically pure R(-) isomer of albuterol, which is substantially free of the S(+) enantiomer, is administered alone, or in combination with one or more other drug(s) in adjunctive treatment, to an individual in whom asthma relief (e.g., relief from bronchial spasms, shortness of breath) is desired. The optically pure R(-) isomer of albuterol as used herein refers to the levorotatory optically pure isomer of α¹[(tert-butylamino) methyl] -4-hydroxy-m-xylene-α-, α-diol, and to any biologically acceptable salt or ester thereof. The terms "optically pure" or "substantially free of the S(+) enantiomer" as used herein means that the composition contains at least 90% by weight of the R(-) isomer of albuterol and 10% by weight or less of the S(+) isomer. Optically pure albuterol is readily obtainable by methods known to those of skill in the art, for example, by synthesis from an optically pure intermediate.

In the present method, the R(-) isomer of albuterol is administered to an individual who has asthma. For example, R(-) albuterol is administered to an individual after onset of asthma to reduce breathing difficulty resulting from asthma. In another embodiment, optically pure R(-) albuterol is administered prophylactically, that is, before the bronchiospasm begins in an asthma attack, to prevent its occurrence or to reduce the extent to which it occurs.

In the present method, R(-) albuterol can be administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parenterally, transdermally, rectally or via an implanted reservoir containing the drug. The form in which the drug will be administered (e.g., inhalant, powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the individual's size, the severity of the symptoms to be treated and the result sought. In general, quantities of optically pure R(-) albuterol sufficient to reduce the symptoms of asthma will be administered. The actual dosage (quantity administered at a time) and the number of administrations per day will depend on the mode of administration, for example, by inhaler, nebulizer or oral administration. About 30 mcg to about 90 mcg of the optically pure R(-) isomer of albuterol given by inhalation one or more times per day will be adequate in most individuals to produce the desired bronchodilation effect. For oral administration, e.g., tablet or syrup, a dose of about 1 mg to about 8 mg two to four times daily is administered to produce the desired effect.

In the method of the present invention, the optically pure R(-) isomer of albuterol can be administered together with one or more other drug(s). For example, an antiasthmatic drug such as theophylline or terbutaline, or an antihistamine or analgesic such as aspirin, acetaminophen or ibuprofen, can be given with or in close temporal proximity to administration of optically pure, R(-) albuterol. The two (or more) drugs (the optically pure active isomer of albuterol and another drug) can be administered in one composition or as two separate entities. For example, they can be administered in a single capsule, tablet, powder, or liquid, etc. or as individual compounds. The components included in a particular composition, in addition to optically pure albuterol and another drug or drugs, are determined primarily by the manner in which the composition is to be administered. For example, a composition to be administered in inhalent form can include, in addition to the drug(s), a liquid carrier and/or

5,760,090

3

propellent. A composition to be administered in tablet form can include a filler (e.g., lactose), a binder (e.g., carboxymethyl cellulose, gum arabic, gelatin), an adjuvant, a flavoring agent, a coloring agent and a coating material (e.g., wax or a plasticizer). A composition to be administered in liquid form can include the combination of drugs and, optionally, an emulsifying agent, a flavoring agent and/or a coloring agent.

In general, according to the method of the present invention, the optically pure R(−) isomer of albuterol, alone or in combination with another drug(s), is administered to an individual periodically as necessary to reduce symptoms of asthma.

The present composition and method provide an effective treatment for asthma while minimizing the undesirable side effects associated with albuterol use. These side effects include central nervous system effects, such as tremor, nervousness, shakiness, dizziness and increased appetite, and cardiac effects, such as cardiac arrythmia. In children, side effects, such as excitement, nervousness and hyperkinesia, are reduced when the pure isomer is administered. In addition, teratogenic effects associated with albuterol are believed to reside in the S(+) enantiomer. Thus, administering the pure R(−) isomer may reduce the teratogenic potential associated with albuterol.

## EQUIVALENTS

Those skilled in the art will recognize, or be able to ascertain, using no more than routine experimentation, many equivalents to the specific embodiments of the invention

4

described herein. Such equivalents are intended to be encompassed in the scope of the following claims.

We claim:

1. A method of treating asthma, while reducing side effects associated with the administration of racemic albuterol, comprising administering to an individual suffering from asthma a quantity of an optically pure R(−) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects, said R isomer being substantially free of its S(+) isomer.

2. A method according to claim 1, wherein the albuterol comprises at least 90% by weight of the R(−) isomer and not more than 10% by weight of the S(+) isomer.

3. A method according to claim 1, wherein the albuterol comprises at least 99% by weight of the R(−) isomer and 1% or less by weight of the S(+) isomer.

4. A method according to claim 1, wherein the optically pure R(−) albuterol is administered by inhalation.

5. A method according to claim 4, wherein the optically pure R(−) albuterol is administered in an amount of about 30 μg to about 90 μg.

6. A method according to claim 1, wherein the optically pure R(−) albuterol is administered orally.

7. A method according to claim 6, wherein the optically pure R(−) albuterol is administered in an amount of about 1 mg to about 8 mg.

8. A method according to claim 6, wherein the optically pure R(−) albuterol is administered as a syrup.

9. A method according to claim 7, wherein the optically pure R(−) albuterol is administered as a syrup.

* * * * *

# EXHIBIT 4



US005844002A

# United States Patent [19]

Barberich et al.

[11] Patent Number: 5,844,002

[45] Date of Patent: Dec. 1, 1998

[54] **METHOD FOR INDUCING BRONCHODILATION USING OPTICALLY PURE R(–) ALBUTEROL**

[75] Inventors: **Timothy J. Barberich**, Concord; **James W. Young**, Still River, both of Mass.

[73] Assignee: **Sepracor, Inc.**, Marlborough, Mass.

[21] Appl. No.: **63,551**

[22] Filed: **Apr. 21, 1998**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 691,604, Aug. 15, 1996, Pat. No. 5,760,090, which is a continuation of Ser. No. 335,480, Nov. 7, 1994, Pat. No. 5,547,994, which is a continuation of Ser. No. 163,581, Dec. 7, 1993, Pat. No. 5,362,755, which is a continuation of Ser. No. 896,725, Jun. 9, 1992, abandoned, which is a continuation of Ser. No. 461,262, Jan. 5, 1990, abandoned.

[51] Int. Cl.$^6$ ................................................. A61K 31/135

[52] U.S. Cl. ................................... 514/649; 514/826

[58] Field of Search ............................... 514/649, 826

[56] **References Cited**

U.S. PATENT DOCUMENTS

| 5,362,755 | 11/1994 | Barberich et al. | 514/649 |
| 5,547,994 | 8/1996 | Barberich et al. | 514/649 |
| 5,760,090 | 6/1998 | Barberich et al. | 514/649 |

FOREIGN PATENT DOCUMENTS

| 2128258 | of 1983 | Germany . |
| 1298494 | of 1971 | United Kingdom . |
| 2 255 503 | of 1992 | United Kingdom . |

OTHER PUBLICATIONS

Tan et al. "Stereoselective Disposition of Salbutamol Enantiomers . . ." *Clin. Chem.* 33, 1026 (1987).
Brittain et al. "Some observations on the β–adrenoceptor agonist . . ." *Br. J. Pharmac.* 48, 144–147 (1973).

Hartley et al. "Absolute Configuration of the Optical Isomers of Salbutamol" *J. Med. Chem.* 12, 995 (1971).

Hawkins et al. "Relative Potency of (–)–and (±)–Salbutamol on Guinea Pig . . . " *J. Med. Chem.* 16, 856–857 (1973).

Buckner et al. "Studies on the Effects of Enantiomers of Soterenol, Trimetoquinol . . . " *J. Pharm. Exp. Ther.* 189, 616–625 (1974).

Passowicz–Muszynska E. "Effect on beta adrenergic receptors of tachyphylaxis . . . " *Index Medicus* 91:164287.

Pauwels "Effect of corticosteroids on the action of sympathomimetics" *Index Medicus* 86:051970.

Chapman et al. "An anomalous effect of salbutamol in sensitised guinea pigs" *Brit. J. Pharmacol* 99, 66P (1990).

Morley et al. "Effects of (+) and racemic salbutamol on airway responses in the guinea pig" *Brit. J. Pharmacol.* 104, 295P (1991).

Chapman et al. "Racemic mixtures at root of worsening symptoms? Active enantiomers . . ." *TIPS* 13, 231–232 (1992).

Muittari et al. "Comparison of acute bronchodilator effects of oral salbutamol, . . . " *Chem. Abstr.* 89: 123259m (1978).

*Primary Examiner*—Raymond Henley, III
*Attorney, Agent, or Firm*—Heslin & Rothenberg, P.C.

[57] **ABSTRACT**

The optically pure R(–) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals. A method is disclosed utilizing the optically pure R(–) isomer of albuterol for treating asthma while minimizing the side effects associated with albuterol.

**10 Claims, No Drawings**

5,844,002

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# METHOD FOR INDUCING BRONCHODILATION USING OPTICALLY PURE R(−) ALBUTEROL

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 08/691,604, filed Aug. 15, 1996, now U.S. Pat. No. 5,760, 090, which is a continuation of application Ser. No. 08/335, 480, filed Nov. 7, 1994, now U.S. Pat. No. 5,547,994, which is a continuation of application Ser. No. 08/163,581, filed Dec. 7, 1993 now U.S. Pat. No. 5,362,755, which is a continuation of application Ser. No. 07/896,725, filed Jun. 9, 1992 now abandoned, which was a continuation of application Ser. No. 07/461,262, filed Jan. 5, 1990, now abandoned.

## BACKGROUND

Albuterol is a drug belonging to the general class of beta-adrenergic compounds. The prime action of beta-adrenergic drugs is to stimulate adenyl cyclase, the enzyme which catalyzes the formation of cyclic-3′,5′-adenosine monophosphate (AMP) from adenosine triphosphate (ATP). The cyclic AMP formed mediates the cellular responses. Albuterol acts selectively on beta₂-adrenergic receptors to relax smooth muscle tissue, for example, in the bronchial system. Albuterol is most commonly used to treat bronchial spasms associated with asthma and is the active component in well-known commercial bronchodilators such as Proventil and Ventolin.

The form in which albuterol is presently used is a racemic mixture. That is, it is a mixture of optical isomers, called enantiomers. Enantiomers are structurally identical compounds which differ only in that one isomer is a mirror image of the other and the mirror images cannot be superimposed. This phenomenon is known as chirality. Most biological molecules exist as enantiomers and exhibit chirality. Although structurally identical, enantiomers can have profoundly different effects in biological systems: one enantiomer may have a specific biological activity while the other enantiomer has no biological activity at all, or may have an entirely different form of biological activity.

## SUMMARY OF THE INVENTION

The present invention relates to a method of treating bronchial disorders, such as asthma, in an individual, by administering to the individual an amount of optically pure R(−) albuterol which is active in bronchial tissue sufficient to reduce bronchial spasms associated with asthma while minimizing side effects associated with albuterol. The method is particularly useful in treating asthma while reducing side effects, such as central nervous system stimulatory effects and cardiac arrythmia. In these applications, it is important to have a composition which is a potent broncho-dilator and which does not exhibit the adverse side effects of many beta-adrenergic drugs. A composition containing the pure R(−) isomer of albuterol is particularly useful for this application because this isomer exhibits these desired characteristics. The present method provides a safe, effective method for treating asthma while reducing undesirable side effects, for example, tremor, nervousness, shakiness, dizziness and increased appetite, and particularly, cardiac arrythmia, typically associated with beta-adrenergic drugs. In children, side effects such as excitement, nervousness and hyperkinesia are reduced when the pure isomer is administered. In addition to the above, at certain levels racemic

albuterol can cause teratogenic effects, which are believed to be associated with the S(+) isomer. Administering the pure isomer reduces the teratogenic potential which is associated with the S(+) isomer of albuterol.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention relies on the broncho-dilation activity of the R(−) enantiomer of albuterol to provide relief from bronchial disorders, while simultaneously reducing undesirable side effects, for example, central nervous system stimulatory effects and cardiac disorders, commonly experienced by albuterol users. In the present method, the optically pure R(−) isomer of albuterol, which is substantially free of the S(+) enantiomer, is administered alone, or in combination with one or more other drug(s) in adjunctive treatment, to an individual in whom asthma relief (e.g., relief from bronchial spasms, shortness of breath) is desired. The optically pure R(−) isomer of albuterol as used herein refers to the levorotatory optically pure isomer of α²[(tert-butylamino) methyl] -4-hydroxy-m-xylene-α, α′-diol, and to any biologically acceptable salt or ester thereof. The terms "optically pure" or "substantially free of the S(+) enantiomer" as used herein means that the composition contains at least 90% by weight of the R(−) isomer of albuterol and 10% by weight or less of the S(+) isomer. Optically pure albuterol is readily obtainable by methods known to those of skill in the art, for example, by synthesis from an optically pure intermediate.

In the present method, the R(−) isomer of albuterol is administered to an individual who has asthma. For example, R(−) albuterol is administered to an individual after onset of asthma to reduce breathing difficulty resulting from asthma. In another embodiment, optically pure R(−) albuterol is administered prophylactically, that is, before the bronchiospasm begins in an asthma attack, to prevent its occurrence or to reduce the extent to which it occurs.

In the present method, R(−) albuterol can be administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parenterally, transdermally, rectally or via an implanted reservoir containing the drug. The form in which the drug will be administered (e.g., inhalant, powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the individual's size, the severity of the symptoms to be treated and the result sought. In general, quantities of optically pure R(−) albuterol sufficient to reduce the symptoms of asthma will be administered. The actual dosage (quantity administered at a time) and the number of administrations per day will depend on the mode of administration, for example, by inhaler, nebulizer or oral administration. About 30 mcg to about 90 mcg of the optically pure R(−) isomer of albuterol given by inhalation one or more times per day will be adequate in most individuals to produce the desired bronchodilation effect. For oral administration, e.g., tablet or syrup, a dose of about 1 mg to about 8 mg two to four times daily is administered to produce the desired effect.

In the method of the present invention, the optically pure R(−) isomer of albuterol can be administered together with one or more other drug(s). For example, an antiasthmatic drug such as theophylline or terbutaline, or an antihistamine or analgesic such as aspirin, acetaminophen or ibuprofen, can be given with or in close temporal proximity to administration of optically pure, R(−) albuterol. The two (or more)

5,844,002

| 3 | 4 |

drugs (the optically pure active isomer of albuterol and another drug) can be administered in one composition or as two separate entities. For example, they can be administered in a single capsule, tablet, powder, or liquid, etc. or as individual compounds. The components included in a particular composition, in addition to optically pure albuterol and another drug or drugs, are determined primarily by the manner in which the composition is to be administered. For example, a composition to be administered in inhalent form can include, in addition to the drug(s), a liquid carrier and/or propellent. A composition to be administered in tablet form can include a filler (e.g., lactose), a binder (e.g., carboxymethyl cellulose, gum arabic, gelatin), an adjuvant, a flavoring agent, a coloring agent and a coating material (e.g., wax or a plasticizer). A composition to be administered in liquid form can include the combination of drugs and, optionally, an emulsifying agent, a flavoring agent and/or a coloring agent.

In general, according to the method of the present invention, the optically pure R(−) isomer of albuterol, alone or in combination with another drug(s), is administered to an individual periodically as necessary to reduce symptoms of asthma.

The present composition and method provide an effective treatment for asthma while minimizing the undesirable side effects associated with albuterol use. These side effects include central nervous system effects, such as tremor, nervousness, shakiness, dizziness and increased appetite, and cardiac effects, such as cardiac arrythmia. In children, side effects, such as excitement, nervousness and hyperkinesia, are reduced when the pure isomer is administered. In addition, teratogenic effects associated with albuterol are believed to reside in the S(+) enantiomer. Thus, administering the pure R(−) isomer may reduce the teratogenic potential associated with albuterol.

Equivalents

Those skilled in the art will recognize, or be able to ascertain, using no more than routine experimentation, many equivalents to the specific embodiments of the invention described herein. Such equivalents are intended to be encompassed in the scope of the following claims.

We claim:

1. A method of inducing bronchodilation or providing relief of bronchospasm, comprising administering to an individual a quantity of optically pure R-(−) albuterol sufficient to induce said bronchodilation.

2. A method according to claim 1, wherein the albuterol comprises at least 90% by weight of the R(−) isomer and not more than 10% by weight of the S(+) isomer.

3. A method according to claim 1, wherein the albuterol comprises at least 99% by weight of the R(−) isomer and 1% or less by weight of the S(+) isomer.

4. A method according to claim 1, wherein the optically pure R(−) albuterol is administered by inhalation.

5. A method according to claim 4, wherein the optically pure R(−) albuterol is administered in an amount of about 30 $\mu$g to about 90 $\mu$g.

6. A method according to claim 1, wherein the optically pure R(−) albuterol is administered orally.

7. A method according to claim 6, wherein the optically pure R(−) albuterol is administered in an amount of about 1 mg to about 8 mg.

8. A method according to claim 6, wherein the optically pure R(−) albuterol is administered as a syrup.

9. A method according to claim 7, wherein the optically pure R(−) albuterol is administered as a syrup.

10. A method of inducing bronchodilation or providing relief of bronchospasm while reducing the concomitant liability of adverse effects associated with racemic albuterol, comprising administering to an individual a quantity of optically pure R-(−) albuterol sufficient to induce said bronchodilation while simultaneously reducing said adverse effects.

\*   \*   \*   \*   \*

# EXHIBIT 5



US006083993A

# United States Patent [19]

## Barberich et al.

| [11] | Patent Number: | **6,083,993** |
|---|---|---|
| [45] | Date of Patent: | **\*Jul. 4, 2000** |

[54] **METHOD FOR TREATING BRONCHOSPASM USING OPTICALLY PURE R(−) ALBUTEROL**

[75] Inventors: **Timothy J. Barberich**, Concord; **James W. Young**, Still River, both of Mass.

[73] Assignee: **Sepracor Inc.**, Marlborough, Mass.

[\*] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **09/466,107**

[22] Filed: **Dec. 17, 1999**

### Related U.S. Application Data

[63] Continuation of application No. 09/200,541, Nov. 25, 1998, which is a continuation of application No. 09/063,551, Apr. 21, 1998, Pat. No. 5,844,002, which is a continuation of application No. 08/691,604, Aug. 15, 1996, Pat. No. 5,760, 090, which is a continuation of application No. 08/335,480, Nov. 7, 1994, Pat. No. 5,547,994, which is a continuation of application No. 08/163,581, Dec. 7, 1993, Pat. No. 5,362, 755, which is a continuation of application No. 07/896,725, Jun. 9, 1992, abandoned, which is a continuation of application No. 07/461,262, Jan. 5, 1990, abandoned.

[51] Int. Cl.[7] .................................................. A61K 31/135

[52] U.S. Cl. ............................................................ 514/649

[58] Field of Search ............................................... 514/649

[56] **References Cited**

### FOREIGN PATENT DOCUMENTS

| 2128258 | of 1983 | Germany . |
|---|---|---|
| 1298494 | of 1971 | United Kingdom . |
| 2 255 503 | of 1992 | United Kingdom . |

### OTHER PUBLICATIONS

Tan et al. "Stereoselective Disposition of Salbutamol Enantiomers . . . " *Clin. Chem. 33*, 1026 (1987).

Brittain et al. "Some observations on the β–adrenoceptor agonist . . . " *Br. J. Pharmac. 48*, 144–147 (1973).

Hartley et al. "Absolute Configuration of the Optical Isomers of Salbutamol" *J. Med. Chem. 12*, 995 (1971).

Hawkins et al. "Relative Potency of (−)– and (±) –Salbutamol on Guinea Pig . . . " *J. Med. Chem. 16*, 856–857 (1973).

Buckner et al. "Studies on the Effects of Enantiomers of Soterenol, Trimetoquinol . . . " *J. Pharm. Exp. Ther. 189*, 616–625 (1974).

Passowicz–Muszynska E. "Effect on beta adrenergic receptors of tachyphylaxis . . . " *Index Medicus 91*:164287.

Pauwels "Effect of corticosteroids on the action of sympathomimetics" *Index Medicus 86*:051970.

Chapman et al. "An anomalous effect of salbutamol in sensitised guinea pigs" *Brit. J. Pharmacol 99*, 66P (1990).

Morley et al. "Effects of (+) and racemic salbutamol on airway responses in the guinea pig" *Brit. J. Pharmacol. 104*, 295P (1991).

Chapman et al. "Racemic mixtures at root of worsening symptoms? Active enantiomers . . . " *TIPS 13*, 231–232 (1992).

Muittari et al. "Comparison of acute bronchodilator effects of oral salbutamol, . . . " *Chem. Abstr. 89*: 123259m (1978).

*Primary Examiner*—Raymond Henley, III
*Attorney, Agent, or Firm*—Heslin & Rothenberg, P.C.

[57] **ABSTRACT**

The optically pure R(−) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals. A method is disclosed utilizing the optically pure R(−) isomer of albuterol for treating asthma while minimizing the side effects associated with albuterol.

**17 Claims, No Drawings**

6,083,993

1

## METHOD FOR TREATING BRONCHOSPASM USING OPTICALLY PURE R(−) ALBUTEROL

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of our prior copending application Ser. No. 09/200,541, filed Nov. 25, 1998, which is a continuation of application Ser. No. 09/063,551, filed Apr. 21, 1998, now U.S. Pat. No. 5,844,002, which was a continuation of application Ser. No. 08/691,604, filed Aug. 15, 1996, now U.S. Pat. No. 5,760,090, which was a continuation of application Ser. No. 08/335,480, filed Nov. 7, 1994, now U.S. Pat. No. 5,547,994, which was a continuation of application Ser. No. 08/163,581, filed Dec. 7, 1993, now U.S. Pat. No. 5,362,755, which was a continuation of application Ser. No. 07/896,725, filed Jun. 9, 1992 now abandoned, which was a continuation of application Ser. No. 07/461,262, filed Jan. 5, 1990, now abandoned.

### BACKGROUND

Albuterol is a drug belonging to the general class of beta-adrenergic compounds. The prime action of beta-adrenergic drugs is to stimulate adenyl cyclase, the enzyme which catalyzes the formation of cyclic-3',5'-adenosine monophosphate (AMP) from adenosine triphosphate (ATP). The cyclic AMP formed mediates the cellular responses. Albuterol acts selectively on beta₂-adrenergic receptors to relax smooth muscle tissue, for example, in the bronchial system. Albuterol is most commonly used to treat bronchial spasms associated with asthma and is the active component in well-known commercial bronchodilators such as Proventil and Ventolin.

The form in which albuterol is presently used is a racemic mixture. That is, it is a mixture of optical isomers, called enantiomers. Enantiomers are structurally identical compounds which differ only in that one isomer is a mirror image of the other and the mirror images cannot be superimposed. This phenomenon is known as chirality. Most biological molecules exist as enantiomers and exhibit chirality. Although structurally identical, enantiomers can have profoundly different effects in biological systems: one enantiomer may have a specific biological activity while the other enantiomer has no biological activity at all, or may have an entirely different form of biological activity.

### SUMMARY OF THE INVENTION

The present invention relates to a method of treating bronchial disorders, such as asthma, in an individual, by administering to the individual an amount of optically pure R(−) albuterol which is active in bronchial tissue sufficient to reduce bronchial spasms associated with asthma while minimizing side effects associated with albuterol. The method is particularly useful in treating asthma while reducing side effects, such as central nervous system stimulatory effects and cardiac arrythmia. In these applications, it is important to have a composition which is a potent bronchodilator and which does not exhibit the adverse side effects of many beta-adrenergic drugs. A composition containing the pure R(−) isomer of albuterol is particularly useful for this application because this isomer exhibits these desired characteristics. The present method provides a safe, effective method for treating asthma while reducing undesirable side effects, for example, tremor, nervousness, shakiness, dizziness and increased appetite, and, particularly, cardiac arrythmia, typically associated with beta-adrenergic drugs.

2

In children, side effects such as excitement, nervousness and hyperkinesia are reduced when the pure isomer is administered. In addition to the above, at certain levels racemic albuterol can cause teratogenic effects, which are believed to be associated with the S(+) isomer. Administering the pure isomer reduces the teratogenic potential which is associated with the S(+) isomer of albuterol.

### DETAILED DESCRIPTION OF THE INVENTION

The present invention relies on the bronchodilation activity of the R(−) enantiomer of albuterol to provide relief from bronchial disorders, while simultaneously reducing undesirable side effects, for example, central nervous system stimulatory effects and cardiac disorders, commonly experienced by albuterol users. In the present method, the optically pure R(−) isomer of albuterol, which is substantially free of the S(+) enantiomer, is administered alone, or in combination with one or more other drug(s) in adjunctive treatment, to an individual in whom asthma relief (e.g., relief from bronchial spasms, shortness of breath) is desired. The optically pure R(−) isomer of albuterol as used herein refers to the levorotatory optically pure isomer of α²[(tert-butylamino) methyl]-4-hydroxy-mxylene-α, α'-diol, and to any biologically acceptable salt or ester thereof. The terms "optically pure" or "substantially free of the S(+) enantiomer" as used herein means that the composition contains at least 90% by weight of the R(−) isomer of albuterol and 10% by weight or less of the S(+) isomer. Optically pure albuterol is readily obtainable by methods known to those of skill in the art, for example, by synthesis from an optically pure intermediate.

In the present method, the R(−) isomer of albuterol is administered to an individual who has asthma. For example, R(−) albuterol is administered to an individual after onset of asthma to reduce breathing difficulty resulting from asthma. In another embodiment, optically pure R(−) albuterol is administered prophylactically, that is, before the bronchiospasm begins in an asthma attack, to prevent its occurrence or to reduce the extent to which it occurs.

In the present method, R(−) albuterol can be administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parenterally, transdermally, rectally or via an implanted reservoir containing the drug. The form in which the drug will be administered (e.g., inhalant, powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the individual's size, the severity of the symptoms to be treated and the result sought. In general, quantities of optically pure R(−) albuterol sufficient to reduce the symptoms of asthma will be administered. The actual dosage (quantity administered at a time) and the number of administrations per day will depend on the mode of administration, for example, by inhaler, nebulizer or oral administration. About 30 mcg to about 90 mcg of the optically pure R(−) isomer of albuterol given by inhalation one or more times per day will be adequate in most individuals to produce the desired bronchodilation effect. For oral administration, e.g., tablet or syrup, a dose of about 1 mg to about 8 mg two to four times daily is administered to produce the desired effect.

In the method of the present invention, the optically pure R(−) isomer of albuterol can be administered together with one or more other drug(s). For example, an antiasthmatic drug such as theophylline or terbutaline, or an antihistamine

6,083,993

3

or analgesic such as aspirin, acetaminophen or ibuprofen, can be given with or in close temporal proximity to administration of optically pure, R(−) albuterol. The two (or more) drugs (the optically pure active isomer of albuterol and another drug) can be administered in one composition or as two separate entities. For example, they can be administered in a single capsule, tablet, powder, or liquid, etc. or as individual compounds. The components included in a particular composition, in addition to optically pure albuterol and another drug or drugs, are determined primarily by the manner in which the composition is to be administered. For example, a composition to be administered in inhalent form can include, in addition to the drug(s), a liquid carrier and/or propellant. A composition to be administered in tablet form can include a filler (e.g., lactose), a binder (e.g., carboxymethyl cellulose, gum arabic, gelatin), an adjuvant, a flavoring agent, a coloring agent and a coating material (e.g., wax or a plasticizer). A composition to be administered in liquid form can include the combination of drugs and, optionally, an emulsifying agent, a flavoring agent and/or a coloring agent.

In general, according to the method of the present invention, the optically pure R(−) isomer of albuterol, alone or in combination with another drug(s), is administered to an individual periodically as necessary to reduce symptoms of asthma.

The present composition and method provide an effective treatment for asthma while minimizing the undesirable side effects associated with albuterol use. These side effects include central nervous system effects, such as tremor, nervousness, shakiness, dizziness and increased appetite, and cardiac effects, such as cardiac arrythmia. In children, side effects, such as excitement, nervousness and hyperkinesia, are reduced when the pure isomer is administered. In addition, teratogenic effects associated with albuterol are believed to reside in the S(+) enantiomer. Thus, administering the pure R(−) isomer may reduce the teratogenic potential associated with albuterol.

EQUIVALENTS

Those skilled in the art will recognize, or be able to ascertain, using no more than routine experimentation, many equivalents to the specific embodiments of the invention described herein. Such equivalents are intended to be encompassed in the scope of the following claims.

What is claimed is:

1. A method of treating bronchospasm in a patient with reversible obstructive airway disease, comprising administering to said patient a therapeutically effective amount of optically pure R-(−) albuterol.

4

2. A method according to claim 1, wherein the albuterol comprises at least 90% by weight of the R(−) isomer and not more than 10% by weight of the S(+) isomer.

3. A method according to claim 1, wherein the albuterol comprises at least 99% by weight of the R(−) isomer and 1% or less by weight of the S(+) isomer.

4. A method according to claim 1, wherein the optically pure R(−) albuterol is administered by inhalation.

5. A method according to claim 4, wherein the optically pure R(−) albuterol is administered in an amount of about 30 $\mu$g to about 90 $\mu$g.

6. A method according to claim 1, wherein the optically pure R(−) albuterol is administered orally.

7. A method according to claim 6, wherein the optically pure R(−) albuterol is administered in an amount of about 1 mg to about 8 mg.

8. A method according to claim 6, wherein the optically pure R(−) albuterol is administered as a tablet, capsule or syrup.

9. A method according to claim 7, wherein the optically pure R(−) albuterol is administered as a syrup.

10. A method of preventing bronchospasm in a patient with reversible obstructive airway disease, comprising administering to said patient a therapeutically effective amount of optically pure R-(−) albuterol.

11. A method according to claim 10, wherein the albuterol comprises at least 90% by weight of the R(−) isomer and not more than 10% by weight of the S(+) isomer.

12. A method according to claim 10, wherein the albuterol comprises at least 99% by weight of the R(−) isomer and 1% or less by weight of the S(+) isomer.

13. A method according to claim 10, wherein the optically pure R(−) albuterol is administered by inhalation.

14. A method according to claim 13, wherein the optically pure R(−) albuterol is administered in an amount of about 30 $\mu$g to about 90 $\mu$g.

15. A method according to claim 10, wherein the optically pure R(−) albuterol is administered orally.

16. A method according to claim 15, wherein the optically pure R(−) albuterol is administered in an amount of about 1 mg to about 8 mg.

17. A method according to claim 15, wherein the optically pure R(−) albuterol is administered as a tablet, capsule or syrup.

\*    \*    \*    \*    \*

# EXHIBIT 6

SPC8905

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Barberich et al.

Serial No.: 08/163,581                          Group Art Unit: 1205

Filed: December 7, 1993                         Examiner: R. Henley

Title: METHOD FOR TREATING ASTHMA USING OPTICALLY PURE
(R)-ALBUTEROL

### CERTIFICATE OF TRANSMISSION

I hereby certify that this correspondence
is being facsimile transmitted to the
Patent and Trademark Office:

on _____ May 12, 1994

_____
Signature

_____Philip E. Hansen_____
Typed or printed name of person signing certificate

To: Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

This is in response to the office action of February 25,
1994, to which response is required by May 25, 1994; this
response is therefore timely filed.  The response, in the
first part, addresses the issues raised in the office action
of February 25 and, in the second part, responds to issues
raised in the interview graciously granted by Examiner Henley
with applicants' undersigned agent on May 3, 1994.

AMENDMENT

Please cancel claims 15 to 18.

Please amend claim 1 as follows:

(  1.    (Amended) A method of treating asthma in an
individual with albuterol, while reducing side effects
associated with chronic administration of racemic albuterol,
comprising administering to the individual a quantity of an

FAX COPY RECEIVED
MAY 1 1 1994

9

SEP 0728575

Barberich et al.
Serial No. 08/163,581
Filed: December 7, 1993
Page -2-

31

optically pure R(-) isomer of albuterol sufficient to result
in bronchodilation while simultaneously reducing undesirable
side effects, said R isomer being substantially free of its
S(+) isomer.

## REMARKS

Claims 1-6, 8 and 15-18 were present in the application
as filed under 37 CFR 1.62. Claims 15 to 18 are canceled by
amendment above. Claims 1-6 and 8 are therefore pending in
the application.

In the office action of February 25, claims 1-6 were
rejected under 35 USC §103 as obvious over Muittari et al.
(Chem. Abs. 89:12359m). As explained in the Preliminary
Remarks submitted December 7, 1993, Muittari deals strictly
with the effects of racemic albuterol. Applicants do not
believe Muittari could suggest anything about the advantages
attendant upon the use of a single enantiomer.

Claims 1-6 and 8 were also rejected over Brittain et al.,
Hartley et al. and Buckner et al. As explained in the
interview of May 3, and in the Preliminary Remarks of December
7, each of the Brittain, Hartley and Buckner references
discusses the pharmacology of the individual enantiomers, but
none suggests any advantage in diminution of side effects to
be gained from the use of the pure R enantiomer, which is the
substance of applicants' claimed invention.

Applicants have found that when isolated guinea pig
tracheal muscle preparations were subjected to graded doses of
a spasmogen, the contractile response to the spasmogen was
significantly increased in bronchial tissue strips that had
been incubated with S-albuterol. No such effect was seen in
the tissues that had been incubated with R-albuterol. They
concluded that the increased sensitivity to spasmogens from
treatment with S-albuterol was due to a direct effect on

SEP 0728576

Barberich et al.
Serial No. 08/163,581
Filed: December 7, 1993
Page -3-

bronchial smooth muscle.

Subsequent to the filing of applicants' original application, Morley et al. and Chapman et al. (references provided with the response of February 16, 1993) independently disclosed that the S isomer in bronchial tissue causes a hypersensitivity to allergen.   British patent application 2,255,503, filed (by Morley and Chapman) more than a year after applicants' '262 application, makes a similar disclosure and presents claims very similar to applicants'.

After reviewing the foregoing issues in the interview of May 3, the examiner indicated that he felt there might be patentable subject matter related to avoidance of side effects that show up on chronic medication with racemic albuterol. He felt that a claim in the format of amended claim 1 above could be allowable if two issues could be resolved: (1) whether support exists in the specification for the restriction of the method to avoidance of side effects in chronic therapy and (2) whether Dr. Aberg's showing of July 23, 1993, is commensurate with the original disclosure.

The first of these concerns is addressed in the accompanying declaration under 37 CFR 1.132 of T. Scott Johnson, M.D.  Dr. Johnson explains that although the term "chronic" does not appear in the specification as originally filed, the person of ordinary skill in the art would expect that albuterol would be given chronically, since that is the common mode of therapy.  Moreover, the concept of chronic administration is implicit in the description of modes of administration that is found in the specification.  In particular, on page 4 in the paragraph extending from line 4 to line 13, and page 5, line 6 to line 9, the prophylactic therapy described makes medical sense only if chronic administration is intended.

As to the second point, applicants' agent believes that

SEP 0728577

Barbarich et al.
Serial No. 08/163,581
Filed: December 7, 1993
Page -4-

the seminal case on the question of the correspondence between a showing and the scope of the original disclosure that he and the examiner were seeking is *In re Zenitz* (142 USPQ 158). Zenitz was claiming compounds and applicants are claiming a method of use, so the analogy is not perfect, but the reasoning appears apposite. In *Zenitz* the applicant had disclosed that the compounds sought to be patented were useful as sedatives and hypotensive agents, but had not discussed any separation between sedation and hypotensive effects as an advantage of his compounds. In support of the unobviousness of the compounds, he provided an affidavit showing the unexpected separation of hypotensive and sedative effects in certain of these compounds. The examiner held, and the Board of Appeals affirmed, that since the separation of effects was not originally disclosed, Zenitz could not rely on that in his showing.

However, the CCPA reversed the decision of the Board of Appeals on the basis that the unexpected utility, although not specifically disclosed, would nevertheless flow from the disclosed utility. Applicants believe that the same reasoning applies to their situation: applicants did not specifically disclose airway hyperreactivity as a side effect to be avoided by the use of the pure R isomer; however, airway hyperreactivity is certainly a side effect and avoiding airway hyperreactivity could be said to reasonably flow from the disclosure of avoiding side effects. Thus applicants believe that the declaration of Dr. Gunnar Aberg submitted July 23, 1993, and the articles by Chapman and Morley reinforcing that declaration, provide appropriate support for the claims to "avoiding side effects" consistent with the holding of the CCPA in *Zenitz*.

The CCPA in *Zenitz* distinguished their decision from *In re Herr* (134 USPQ 176). In *Herr*, the utility disclosed for

SEP 0728578

Barberich et al.
Serial No. 08/163,581
Filed:  December 7, 1993
Page -5-


the compounds sought to be patented was solely as chemical
intermediates and the affidavit proffered by Herr alleged
utility as anabolic and androgenic agents.  The court found
that the anabolic and androgenic utility would not flow from
their disclosed utility as intermediates.  Applicants believe
that the situation in the present case is analogous to Bonitz
and can be distinguished from Herr on the same basis as that
provided by the CCPA.

In light of the foregoing amendment, declaration and
explanation, it is believed that the application is in
condition for allowance and such is respectfully requested.

Respectfully submitted,

Philip E. Hansen
Agent for Applicants
Registration No. 32,700

Dated:  May 12, 1994

HESLIN & ROTHENBERG, P.C.
5 Columbia Circle
Albany, New York  12203-5160
Telephone: (518) 452-5600
Facsimile: (518) 452-5579

T:\USER\BARBF\701027B.RR8
May 12, 1994

SEP 0728579

# EXHIBIT 7



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/163,581 | 12/07/93 | BARBERICH | I   SPC8905 |

EXAMINER

HENLEY III,R

12M1/0726

| ART UNIT | PAPER NUMBER |
|---|---|
| 1205 | ~~40/I~~ |

PHILIP E. HANSEN
HESLIN & ROTHENBERG, P.C.
5 COLUMBIA CIRCLE
ALBANY, NY 12203-5160

DATE MAILED: 07/26/94

*7-22-94*

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to *the Amendment + declaration filed May 11, 1994*

2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☒ The allowed claims are *1-6 and 8 (renumbered as 1-7 respectively)*

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [...] been received. [...] not been received. [...] been filed in parent application Serial No. _____ filed on _____

6. ☒ Note the attached Examiner's Amendment.

7. ☒ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☒ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____ CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
✓ Examiner's Amendment
✓ Examiner Interview Summary Record, PTOL- 413
✓ Reasons for Allowance
– Notice of References Cited, PTO-892
– Information Disclosure Citation, PTO-1449

– Notice of Informal Application, PTO-152
– Notice re Patent Drawings, PTO-948
– Listing of Bonded Draftsmen
– Other

RAYMOND J. HENLEY III
PATENT EXAMINER
GROUP 120 - ART UNIT 125

PTOL-37 (REV. 4-89)

USCOMM-DC 89-3789

SEP 0728563

Serial Number: 08/163,581                                          -2-
Art Unit: 1205

## EXAMINER'S AMENDMENT/REASONS FOR ALLOWANCE

An Examiner's Amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 C.F.R. § 1.312. To ensure consideration of such an amendment, it **MUST** be submitted no later than the payment of the Issue Fee.

Authorization for this Examiner's Amendment was given in a telephone interview with Philip E. Hansen on July 13, 1994.

The application has been amended as follows:

**IN THE CLAIMS:**

In claims 1 and 6, line 4, ---chronically--- has been inserted before the word "administering".

In claim 6, line 3, ---chronic administration of racemic--- has been inserted before the word "albuterol"..

**IN THE ABSTRACT:**

At the last line, ---chronic administration of racemic--- has been inserted before the term "albuterol".

The following is an Examiner's Statement of Reasons for Allowance:

Applicants' amendment and the declaration of T. Scott Johnson filed May 11, 1994 have been received, entered and favorably considered. The Examiner agrees

SEP 0728564

Serial Number: 08/163,581                                                     -3-
Art Unit: 1205

with the statements made by both applicants and the declarant that support exists in

the present specification for avoidance of the side effects associated with chronic

therapy for asthma.   Moreover, it is the Examiner's opinion that it would not have been

expected from the prior art of record that the R(-) isomer of albuterol would possess

the improved side effect profile as established in the declaration of Dr. Aberg filed July

23, 1993, i.e., that the R(-) isomer of albuterol does not cause the hypersensitivity

reaction normally associated with long-term racemic albuterol administration in patients

suffering from asthma.   This fact is highly significant and compels the Examiner to

conclude that the presently claimed invention would not have been obvious under 35

U.S.C. § 103.   The Examiner is guided in his opinion by the finding of the Board of

Patent Appeals and Interferences in the unpublished decision of Ex parte Ferrari et

al. (Appeal No. 629-61) dated January 28, 1987 in which a similar factual situation

existed.   Further comments relating to this decision as well as the significance of the

hypersensitivity reaction associated with racemic albuterol administration, which are

hereby adopted by the Examiner, are presented in the paper entitled "Record of

Telephonic Interview" filed by applicants on August 5, 1993.

        Thus, for the reasons above, claims 1-6 and 8 are deemed to be allowable.

        Any comments considered necessary by applicant must be submitted no later

than the payment of the Issue Fee and, to avoid processing delays, should preferably

**accompany** the Issue Fee.   Such submissions should be clearly labeled "Comments

on Statement of Reasons for Allowance."

RAYMOND J. HENLEY III
PATENT EXAMINER
GROUP 120 - ART UNIT 125

SEP 0728565

# EXHIBIT 8



SPC89-05'Pre A
RWW12
7/14/92
RWW/bjn

PATENT APPLICATION
Docket No. SPC89-05



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:    Timothy J. Barberich and James W. Young

Serial No.:    07/896,725    Group Art Unit:  1205

Filed:    June 9, 1992    Examiner:  L. Schenkman

Title:    METHOD FOR TREATING ASTHMA USING
OPTICALLY PURE R(-) ALBUTEROL

RECEIVED
92 JUL 22 AM 7:16
GROUP 120

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231 on 7-14-92

Hamilton, Brook, Smith & Reynolds, P.C.

_____   7-14-92
Signature         Date

PRELIMINARY AMENDMENT

The Honorable Commissioner
  of Patents and Trademarks
Washington, D. C.  20231

Sir:

    Please amend the above-identified Application as
follows:

In the Claims:

    In Claim 1, line 6, between "bronchodilation" and the
"," insert ---while simultaneously reducing undesirable
side effects---;

SEP 0728715

-2-

In Claim 6, line 6, between "bronchodilation" and "and" insert ---while simultaneously reducing undesirable side effects---;

In Claim 9, line 2, delete "an optically pure" and instead insert ---the---.

### REMARKS

The instant Application is a contination of Application Serial No. 07/461,262 ("the parent case").

The above amendments to the Claims have been made to more distinctly claim the subject matter of the invention. Support for these amendments can be found on page 2, line 6-page 3, line 6; page 3, lines 8-14; and page 6, lines 14-27 of the specification. The relationship between these amendments to the Claims and the response to the Office Action of December 9, 1991 in the parent case will be more fully explained below.

Rejection of Claims 1-6, 8, 9, 13 and 14 under 35 U.S.C. §103.

Claims 1-6, 8, 9, 13 and 14 were rejected under 35 U.S.C. §103 over Chemical Abstracts which, as previously stated by the Examiner, teaches salbutamol (albuterol) used to treat asthma and compositions containing albuterol. The case, In re Adamson et al., was cited as teaching that the difference in activity between isomers is not unexpected.

Applicants respectfully submit that the claims, as amended, overcome the rejection. The Chemical Abstracts reference shows the bronchodilation effects of salbutamol and drug combinations incorporating salbutamol. However, this reference does not teach the use of a quantity of the R(-) isomer of albuterol sufficient to cause bronchodilation while simultaneously reducing undesirable side effects associated with racemic albuterol.

SEP 0728716

-3-

Although In re Adamson et al. teaches that optical isomers themselves are unpatentable over compounds that the art recognizes as having optical isomers, it is not correct to assume from this that a new method for using an isomer is unpatentable, particularly where, as here, the method unexpectedly provides therapeutic effects without causing undesirable side effects.

One would be led to assume, from the Examiner's apparent interpretation of In re Adamson et al., that the physiological effects of a racemic compound, both therapeutic and adverse, are elicited by the same isomer. However, this assumption is contrary to Applicants' disclosure which teaches that undesirable side effects are associated with the racemic mixture or the therapeutically inactive isomer, i.e. the S(+) isomer, of albuterol, but not with the R(-) isomer. Applicants have, therefore, made the unexpected disclosure that the claimed isomer does not have the same type of activity as the racemic mixture.

Rejection of Claims 1-5 under 35 U.S.C. §103.

Claims 1-5 have been rejected under 35 U.S.C. §103 as being unpatentable over Brittain et al., Hartley et al., Hawkins et al., and Buckner et al. who, as previously stated by the Examiner, teach compositions containing the claimed compounds with its isomers used as a bronchodilator in the treatment of asthma and, further, that the R(-) isomer has greater bronchodilation activity over the S(+) isomer.

Applicants respectfully submit that the Claims, as amended, also overcome this rejection. In addition to a complete lack of agreement among the cited references concerning the relative efficacies of the R(-) isomer and the racemate, there is no teaching in these references regarding the administration of a quantity of the R(-) isomer sufficient to effect bronchodilation but without

SEP 0728717

-4-

causing undesirable side effects.  The references do not
indicate that undesirable side effects can be minimized by
administering one of the isomers.  Only Applicants'
disclosure reveals and claims this important method by
administering the R(-) isomer of albuterol.

Rejection of Claims 6, 8, 9, 13 and 14 under 35 U.S.C.
§103.

    Claims 6, 8, 9, 13 and 14 have been rejected under 35
U.S.C. §103 as being unpatentable over Brittain et al.,
Hartley et al., Hawkins et al. and Buckner et al. in view
of Chemical Abstracts which, as previously stated by the
Examiner, shows combinations of drugs, including
salbutamol, used in the treatment of asthma.

    Applicants respectfully traverse this rejection,
particularly as applied to the presently amended Claims.
Although drug combinations including racemic salbutamol are
shown in Chemical Abstracts, there is no indication that a
combination containing the R(-) isomer minimizes the
undesirable side effects associated with the racemic
mixture of albuterol.  The combination of the other cited
references also does not show this element.  The
combination of drugs which includes the R(-) isomer would
not be obvious since undesirable side effects would be
expected to be associated with it; there would be no
benefit associated with using the R(-) isomer compared with
using the racemic mixture.  However, Applicants' disclosure
shows that undesirable side effects are minimized when the
R(-) isomers used.  Thus, the combination of drugs
including R(-) albuterol is not an obvious extension of a
combination of drugs including racemic albuterol.

SEP 0728718

-5-

Rejection of Claims 9, 13 and 14 under 35 U.S.C. §112,
second paragraph.

Claims 9, 13 and 14 have been rejected under 35 U.S.C.
§112, second paragraph as being indefinite for failing to
particularly point out and distinctly claim the subject
matter of the invention.  It was stated that Claims 13 and
14 do not have proper antecedent support in Claim 9.
Claims 9, 13 and 14 were also rejected as being too broad
absent recitation of amounts of ingredients present.

Claim 9 has been presently amended to remove the
phrase "optically pure".  It is believed that Claims 13 and
14 now have proper antecedent basis and specify the amount
of purity of the R(-) isomer of albuterol.

Applicants again respectfully traverse the rejection
of Claims 9, 13 and 14 because recitations of amounts of
ingredients are dependent on a number of physiological
factors which make specification of quantities uncertain
until the physiological features are known.  It is
submitted that skilled artisans, when these features are
known, can determine the amounts of ingredients based on
these physiological factors.


CONCLUSIONS


With the above amendments and for the above stated
reasons, Applicants believe the 35 U.S.C. §§103 and 112,
second paragraph rejections have been overcome.  Applicants
respectfully request reconsideration of the Application and
allowance thereof.

SEP 0728719

-6-

If the Examiner feels that a telephone conversation would expedite the prosecution of this Application, he is asked to call Applicant's Agent at (617) 861-6240.

Respectfully submitted,

*Richard W. Wagner*

Richard W. Wagner
Registration No. 34,480
Agent for Applicant

Lexington, MA  02173
Dated: *July 14, 1992*

SEP 0728720

# EXHIBIT 9

# WINSTON & STRAWN LLP

**Electronic Letterhead**

35 W. WACKER DRIVE, CHICAGO IL 60601-9703
TELEPHONE: 312-558-5600    FACSIMILE: 312-558-5700

| 200 PARK AVENUE | 1700 K STREET, N.W. | 333 SOUTH GRAND AVENUE | 101 CALIFORNIA STREET | 100 NORTH TRYON STREET | 43 RUE DU RHONE | 25 AVENUE MARCEAU | 99 GRESHAM STREET |
|---|---|---|---|---|---|---|---|
| NEW YORK, NY 10166 | WASHINGTON, DC 20006 | LOS ANGELES, CA 90071 | SAN FRANCISCO, CA 94111 | CHARLOTTE, NC 28202 | 1204 GENEVA, SWITZERLAND | 75116 PARIS, FRANCE | LONDON, UNITED KINGDOM EC2V 7HG |
| 212-294-6700 | 202-282-5000 | 213-615-1700 | 415-591-1000 | 704-350-7700 | 41-22-317-75-75 | 33-1-53-64-82-82 | 44-020-7105-0000 |

<u>VIA E-MAIL</u>

March 26, 2008

Preston K. Ratliff II
Paul, Hastings,
    Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022

   Re:  <u>Sepracor v. Barr</u>

Dear Mr. Ratliff:

   I am writing regarding the claim construction briefing in this case. As a preliminary matter, I again reiterate that Sepracor must produce all expert reports (with exhibits), interrogatory responses, and depositions (including video recordings) from the Breath and Dey cases to give Barr the opportunity to catch up with the accelerated schedule. That was the deal. Yet at this point, with two weeks left before *Markman* briefing, Sepracor still has not provided all of these requested materials, contrary to its agreement to produce them, and contrary to its representation to the Court that it would do so.

   Surprisingly, I also learned today from the letters your colleague forwarded that the parties in the Dey case exchanged only claim terms to be construed, and not proposed constructions. I do not understand then the basis for your request that Barr should provide more information, when it has not been done in the Dey case pending for over a year longer. Still, per our agreement and in the spirit of cooperation, Barr submits the following proposed claim terms for briefing. Per our agreement, Sepracor is to provide tomorrow its proposal for claim terms, and the parties will then discuss tomorrow to see if any resolution can be reached.

| Patent Claim | Claim term | Proposed construction (based on the intrinsic evidence) |
|---|---|---|
| '755: 1 | side effects associated with chronic administration of racemic albuterol | If capable of being construed: Central nervous system effects (such as tremor, nervousness, shakiness, dizziness and increased appetite) and cardiac effects (such as cardiac |

Preston Ratliff
March 26, 2008
Page 2

| | | |
|---|---|---|
| | | arrhythmia) associated with chronic administration of racemic albuterol. See column 3, lines 28-31. |
| | comprising chronically administering | Comprising prophylactically administering |
| | a quantity of an optically pure R(-) isomer of albuterol sufficient to result in bronchodilation | A quantity containing 90% by weight or more of the R(-) isomer of albuterol sufficient to result in bronchodilation |
| | undesirable side effects | See above "side effects" term |
| | said R isomer being substantially free of its S(+) isomer. | Containing 10% by weight or less of the S(+) isomer of albuterol |
| '994:1 | A method of treating an acute attack of asthma | A method of treating an acute attack of asthma (a short and sharp course, not chronic) |
| | side effects associated with the acute administration of racemic albuterol, | If capable of being construed:<br><br>Central nervous system effects (such as tremor, nervousness, shakiness, dizziness and increased appetite) and cardiac effects (such as cardiac arrhythmia) associated with the acute administration (not chronic) of racemic albuterol. See column 3, lines 28-31. |
| | suffering from an acute attack of asthma | Experiencing an asthma attack, such as an episode of coughing, wheezing or gasping. See Aberg I, at ¶5. |
| | a quantity of an optically pure R(-) isomer of albuterol sufficient to result in bronchodilation | A quantity containing 90% by weight or more of the R(-) isomer of albuterol sufficient to result in bronchodilation |
| | undesirable side effects, | See above "side effects" term |
| | said R isomer being substantially free of its S(+) isomer. | Containing 10% by weight or less of the S(+) isomer of albuterol |
| '090:1 | side effects associated with the administration | If capable of being construed: |

Preston Ratliff
March 26, 2008
Page 3

| | | |
|---|---|---|
| | of racemic albuterol | Central nervous system effects (such as tremor, nervousness, shakiness, dizziness and increased appetite) and cardiac effects (such as cardiac arrhythmia) associated with the administration of racemic albuterol. See column 3, lines 28-31. |
| | a quantity of an optically pure R(-) isomer of albuterol sufficient to result in bronchodilation | A quantity containing 90% by weight or more of the R(-) isomer of albuterol sufficient to result in bronchodilation |
| | undesirable side effects | See above "side effects" term |
| | said R isomer being substantially free of its S(+) isomer. | Containing 10% by weight or less of the S(+) isomer of albuterol |
| '002:1 | a quantity of optically pure R(-) albuterol sufficient to induce said bronchodilation. | A quantity containing 90% by weight or more of the R(-) isomer of albuterol sufficient to result in bronchodilation |
| '002:10 | the concomitant liability of adverse effects associated with racemic albuterol, | If capable of being construed: Central nervous system effects (such as tremor, nervousness, shakiness, dizziness and increased appetite) and cardiac effects (such as cardiac arrhythmia) associated with chronic administration of racemic albuterol. See column 3, lines 28-31. |
| | a quantity of optically pure R(-) albuterol sufficient to induce said bronchodilation | A quantity containing 90% by weight or more of the R(-) isomer of albuterol sufficient to result in bronchodilation |
| | reducing said adverse effects. | See above "side effects" term |
| '993:1 | optically pure R(-) albuterol. | Containing 90% by weight or more of the R(-) isomer of albuterol |
| '993:10 | optically pure R(-) albuterol. | Containing 90% by weight or more of the R(-) isomer of albuterol |

Preston Ratliff
March 26, 2008
Page 4

       For all other claim terms, Barr proposes that they are to be given their plain and ordinary meaning, and objects to and disagrees with Sepracor's proposed constructions (which Sepracor represented are reflected in its response to Barr's Interrogatory No. 1).

       Regards,


       /s/
       Imron T. Aly

# EXHIBIT 10

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE                    *Part #38*

Applicant: Timothy J. Barberich and James W. Young

Applicant's Docket No.: SPC89-05        Group Art Unit: 1205

Filed: December 7, 1993                 Examiner: R. Henley III

Title: METHOD FOR TREATING ASTHMA USING OPTICALLY
       PURE R(-) ALBUTEROL

DECLARATION UNDER 37 C.F.R. §1.132

To: Hon. Commissioner of Patents and Trademarks
    Washington, D.C. 20231

Dear Sir:

I, T. Scott Johnson, declare:

1. I reside at 415 Nashwatuc Road, Concord, Massachusetts.

2. I earned a Bachelor of Science degree from the University of Alabama in 1969 and an M.D. degree from the University of Alabama School of Medicine in 1973. I am certified by the American Board of Internal Medicine with a subspecialty in Pulmonary Disease. I have been a Clinical and Research Fellow in Pulmonary Disease at the University of Colorado Medical Center, and, until 1991 I was Assistant Professor of Medicine at Harvard Medical School, where I was an Attending Consultant in Pulmonary Disease.

3. I am the author of 16 original articles, 8 review articles and a textbook on subjects relating to pulmonary disease.

4. I am presently a Managing Partner of Medical Portfolio Management, Inc., in Cambridge, Massachusetts. In this capacity, I have been retained by Sepracor, Inc.

RECEIVED

MAY 1 2 1994

(assignee of the above-identified application) as a paid consultant on an hourly basis. My compensation from Sepracor is unaffected by any change in status of the above-identified application, and I will not benefit financially from issuance of a patent thereon.

5. I have reviewed and do understand the contents of the above-identified application, which is directed to a method for treating asthma while avoiding the side effects associated with racemic albuterol by using the pure R-enantiomer of albuterol. As a result of my knowledge and experience I make the following observation:

The term "chronic" does not appear in the specification. However, the concept of chronic administration is implicit in the description of modes of administration that is found in the specification. In particular, on page 4 in the paragraph extending from line 4 to line 13, the concepts of the two modes of therapy (acute and chronic) are discussed. In the first mode (acute) the albuterol is administered "after onset of asthma". In the second, albuterol is administered "prophylactically, that is, before the bronchiospasm [sic] begins in an asthma attack, to prevent its occurrence.."

Asthma is defined (Webster's Medical Desk Dictionary, 1986 edition) as "a condition often of allergic origin that is marked by continuous or paroxysmal labored breathing accompanied by wheezing, by a sense of constriction in the chest, and often by attacks of coughing or gasping". To be noted is the distinction between asthma (a condition or disease state) and an asthmatic attack (an acute episode of coughing, wheezing or gasping), which often accompanies the general disease state. Asthmatic attacks can be treated acutely; asthma is treated chronically.

Albuterol is, in the presently claimed invention, intended to be administered to "an individual who has asthma" (line 5 to 6). Since the patient has asthma (i.e suffers from a disease state), and treatment is to be prophylactic, treatment would have to be chronic. If the treatment were not chronic, cessation of administration might or might not lead to an immediate attack, but it would certainly lead to

FAX COPY RECEIVED

MAY 1 2 1994

SEP 0728573

reestablishment of the disease condition.

Thus, although the term "chronic" is not used, its implication is clear in the description of prophylactic therapy. Indeed, since one is commonly not able to predict the onset of an acute attack, and since current practice in the treatment of asthma favors the treatment of the underlying disease state, many patients are treated chronically. Thus the person of skill in the art would understand that the application was referring to chronic therapy when it speaks of either prophylactic or periodic administration.

That the concept of chronic medication is envisioned is further supported by the disclosure on page 5, line 6 to line 9, regarding oral therapy. An oral regimen of "1 to about 8 mg two to four times daily" would not make sense as acute therapy.

6.    I further declare that all statements of the foregoing declaration made of my own knowledge are true and that all statements made upon information and belief are believed true and further that these statements are made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the above identified application or any patent issuing thereon.

Signed by me this 11ᵗʰ day of May, 1994.

T. Scott Johnson

F:\USERS\PSH\7010272.DEC
May 11, 1994

FAX COPY RECEIVED
MAY 1 2 1994

# EXHIBIT 11



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Barberich et al.

Serial No.:  08/335,480          Group Art Unit: 1205

Filed:  November 7, 1994          Examiner:  Henley III, R.

Title:  METHOD FOR TREATING ASTHMA USING OPTICALLY PURE (R)
        ALBUTEROL

CERTIFICATE OF MAILING

        I hereby certify that this correspondence
is being deposited with the U.S. Postal
Service as first class mail in an envelope
addressed to: Assistant Commissioner for
Patents, Washington, D.C. 20231,
June  *9* , 1995.

                          Philip E. Hansen
                          Agent for Applicant
                          Reg. No.  32,700

        Date of Signature:  June  *9* , 1995

Assistant Commissioner for Patents
Washington, D.C.  20231

                RESPONSE UNDER 37 C.F.R 1.111

Dear Sir:

        This is in response to the Official Action of March 9,
1995 (Paper No. 7).  The three-month period for response
expires June 9, 1995; this response is therefore timely filed.

                        AMENDMENTS

        Please amend the application as follows:

In the specification:

        Page 1, line 2 (following the title and preceding the
"Description"), please delete "This application is a
continuation of application Serial No. 08/163,581, filed
12/7/93." and replace with

F:\USERS\RFP\0701027C.RES
June 9, 1995

SEP 0728965

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -2-



—    Cross Reference to Related Applications

This application is a continuation of application
Serial No. 08/163,581, filed December 7, 1993 and now
U.S. Patent 5,362,755, which was a continuation of
application Serial No. 07/896,725, filed June 9, 1992,
now abandoned, which was a continuation of application
Serial No. 07/461,262 filed January 5, 1990, now
abandoned.—

In the claims:

Cancel claims 5, 7 and 9-12.

Amend claims 1 and 6 as follows:

1.    (once amended)  A method of treating an acute attack
of asthma [in an individual with albuterol], while reducing
side effects associated with the acute administration of
racemic albuterol, comprising administering to [the] an
individual suffering from an acute attack of asthma a quantity
of an optically pure R(-) isomer of albuterol sufficient to
result in bronchodilation while simultaneously reducing
undesirable side effects, said R isomer being substantially
free of its S(+) isomer.


6.    (once amended)  A method of treating an acute attack
of asthma [in an individual with albuterol], while reducing
side effects associated with the acute administration of
racemic albuterol, comprising administering to [the] an
individual suffering from an acute attack of asthma a quantity
of an optically pure R(-) isomer of albuterol sufficient to
result in bronchodilation while simultaneously reducing
undesirable side effects, and at least one additional drug
selected from the group consisting of bronchodilators,
antihistamines and analgesics.

F:\USERS\RFP\0701027C.RES
June 9, 1995

SEP 0728966

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -3-

## REMARKS

The specification has been amended to clarify that it claims priority of the great grandparent application and to fully characterize the intervening applications. The claims have been amended to clarify the invention sought to be patented in the present application. The claims have been amended so that they parallel the allowed claims in parent application Serial No. 08/163,581 (Now U.S. Patent 5,362,755); the sole difference is that the claims in the parent related to reducing side effects upon _chronic_ administration and the instant claims relate to reducing side effects associated with _acute_ administration. Support for the amendment is found on page 4, line 4 to line 13. The reference to the administration of albuterol to an individual "after onset of asthma to reduce breathing difficulty" (line 7) reflects acute medication, whereas the reference to prophylactic treatment (line 10) relates to chronic therapy.

Claims 1-12 were presented in the application as filed. Claims 5, 7 and 9-12 are canceled by amendment above. Claims 1-4, 6 and 8 are therefore pending in the application.

In the Office Action of March 9, 1995, all of the claims were rejected as obvious over Muittari et al. (CK) in view of Brittain et al. (CB), Hawkins et al. (CD) and Hartley et al. (CC). The rejection is traversed. Applicants' position on what the cited art fairly teaches was presented in their Preliminary Remarks, submitted December 7, 1993, in the parent case and reiterated below.

The Muittari reference is directed to a comparison of bronchodilator effects of racemic albuterol and drug combinations incorporating racemic albuterol. The reference does not teach or suggest the use of an optically pure isomer of albuterol either alone or in combination. Arguably, the

SEP 0728967

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -4-

reference teaches away from the use of a single isomer to
reduce side effects: it states, "a combination of salbutamol
[albuterol] and hydroxyzine seems, therefore, to be one
rational means of treating asthma with fewer side effects than
the salbutamol-hydroxyzine-theophylline mixture, but still
about the same effectiveness." Thus, the goal of the
reference appears to be to lower the side effects associated
with albuterol. However, rather than separate the enantiomers
and use one enantiomer, as taught by applicants, (which the
Examiner has alleged would be obvious) the authors turned
instead to modulating components of the mixture.

Brittain et al. show that both enantiomers and the
racemic mixture of albuterol are very selective for $\beta_2$
receptors, but the isomeric activity ratio of R- and S-
albuterol on isolated tracheal muscle ($\beta_2$) vs atrial muscle
($\beta_1$) is "impossible to calculate...because the isomers are
virtually inactive on this tissue." The potency ratio of R(-)
vs racemic albuterol in $\beta_2$ receptors as measured by
acetylcholine-induced bronchospasm in anesthetized guinea pigs
is 1.28, in acetylcholine-induced pulmonary resistance in
anesthetized dogs is 2.3 and on isolated guinea pig trachea is
0.90 (i.e. the racemate is 1.1 times as potent as the R
isomer). Thus, from a study of the Brittain reference one may
conclude nothing definitive regarding either the selectivity
of R vs racemic or of the potency of R vs racemic.

Hartley and Middlemiss teach that both isomers and the
racemic mixture of albuterol act on $\beta_2$ receptors rather than $\beta_1$
receptors. The effects of the R isomer and the racemic
mixture are equiactive on $\beta_2$ receptors of the intact guinea pig
trachea and indeed the racemate is reported to be 1.5 times as
potent as the R isomer. There is no clear teaching with

SEP 0728968

Barberich et al.
Serial No.:  08/335,480
Filed:  November 7, 1994
Page -5-

regard to selectivity between $\beta_1$ and $\beta_2$-receptors, which might
indicate the potential for side effects.  Thus no conclusion
can be drawn from Hartley and Middlemiss as to whether the R
isomer would enjoy any advantage over racemic albuterol in
terms of side effects.

Hawkins et al. found that the R enantiomer was 2.15 times
as potent as the racemate.  They did not examine any tissue
other than guinea pig trachea so that no conclusion relating
to relative selectivity could be drawn.

Putting all this together: Hawkins et al. appear to
indicate that the R isomer is about twice as potent as the
racemate (which merely indicates that the S-isomer is inert);
Hartley et al. teaches that the racemate is about 1.5 times as
potent as the R isomer (which would indicate that the S-isomer
has some therapeutic potency);  Brittain et al. indicates that
one or the other isomer is more potent, depending on the test.
There is a certain lack of agreement among the references
concerning the relative potency of the R isomer and the
racemate, and the person of ordinary skill in the art would
be, at least, confused by the cited references, but by
discarding all the data that don't conform to the desired
conclusion, it is possible to conclude that the R isomer may
enjoy a theoretical twofold potency advantage over the
racemate.  The Examiner reaches this conclusion with respect
to the teachings of the references in the Office Action of
March 9.  For the sake of the arguments below, applicants
assume that the R enantiomer is twice as potent as the
racemate, although they question whether the cited references
establish this.

As long as S-albuterol is totally inert ballast, a two-
fold potency enhancement is of no practical consequence: a
process for the resolution of racemic albuterol would

F:\USERS\RFP\0701027C.RES
June 9, 1995

SEP 0728969

Barberich et al.
Serial No.:  08/335,480
Filed:  November 7, 1994
Page -6-

inevitably produce R-albuterol in less than 50% yield, whereas
the use of the racemic albuterol would, at worst, provide 50%
of the potency of the pure R.  Thus there is nothing to be
gained by resolving the racemate.  As stated in European
patent application 256586 (page 2, line 8), "a major reason
for the continued use of mixtures of stereoisomers is that the
cost of separation of the stereoisomers exceeds the potential
advantage of a possible increase in activity."

Testa and Trager [Chirality 2, 129-133 (1990)] have
created a decision tree to aid in deciding whether to develop
a racemic pharmaceutical or a single enantiomer.  A copy of
the reference is submitted herewith as Exhibit A.  If it were
the case that it would always be obvious to develop a single
enantiomer, there would be no need for Testa and Trager's
decision tree.  As they make clear, the mere fact that
enantiomers exist is not justification for administering a
single enantiomer; moreover, even the fact that one of the two
enantiomers is more potent is not determinative.  They state

> "While it is abundantly clear that a racemic mixture
> must be considered as the mixture of two
> pharmacologically distinct entities, it is also
> clear that this view, in and of itself, does not
> infer any value judgement.  Such judgment awaits the
> light of scientific fact and it is only in this
> context that any decision as to develop a racemate
> or a eutomer as a new drug is convincingly founded."

The scientific facts referred to by Testa and Trager as they
relate to albuterol were shown in the cited references to
result in the judgment that the racemate was the proper entity
to develop, and although both enantiomers have been known in
the art for 24 years, neither has ever been developed as a
pharmaceutical.

F:\USERS\RFP\0701027C.RES
June 9, 1995

SEP 0728970

Barberich et al.
Serial No.:  08/335,480
Filed:  November 7, 1994
Page -7-

In the Office Action of March 9, 1995, the Examiner cited
*In re Adamson*.  Although *In re Adamson* suggests that optical
isomers *per se* are normally obvious over the corresponding
known racemate, the decision should not be extended to stand
for the proposition that a new method for using an isomer is
unpatentable, particularly where, as here, the method
unexpectedly provides an improved therapeutic ratio.  [See,
for example, U.S. patent 4,851,444 (Exhibit B), issued 29
years after Adamson, whose claims cover a method for using S-
(+)-ibuprofen for onset-hastened analgesia, although (S)-
ibuprofen *per se* was well known at the time of filing the
application for a new use.]

In the present case, applicants claims relate to a new
use, namely a method for treating asthma while simultaneously
reducing side effects associated with the administration of
racemic albuterol.  The unexpected diminution in side effects
when the pure R isomer of albuterol is administered is the
basis of the instant application, and is not suggested by any
of the references.  [That the references singly and in
combination suggest that there would be no diminution of side
effects is fully argued in the Declaration Under 37 C.F.R.
1.132 of February 8, 1993, by Dr. Gunnar Aberg, submitted with
the response of February 10, 1993, in the grandparent case
07/896,725.  A copy of that declaration is enclosed herewith
as Exhibit C, and attention is drawn to page 5.]  References
do exist that suggest an advantage to R-albuterol over racemic
albuterol for the reduction of side effects [Morley et al. and
Chapman et al., of record in the parent case], but they were
published more than a year after the priority date of the
instant application, and merely add support to the
patentability of the claims in the parent '581 application.

F:\USERS\RFP\0701027C.RES
June 9, 1995

SEP 0728971

Barberich et al.
Serial No.:  08/335,480
Filed:  November 7, 1994
Page -8-

     In *Adamson*, the CCPA held that in establishing that one
isomer was more potent, the applicants had "done no more than
what is suggested by the prior art and have ascertained no
more than what would be expected by one skilled in the art".
In the present case, applicants have shown that the resolution
of the racemate and the use of R-(-)-albuterol substantially
free of its S-isomer would provide therapy for asthma while
simultaneously reducing side effects.  This is considerably
more than is "suggested by the prior art"; on the contrary,
the art suggests that there would be no reduction in side
effects.  In contradistinction to the premise in *Adamson*,
where presumably the art is silent, in the present case the
art teaches away.  Thus, the decision in *Adamson* is not
controlling in this situation.

     Against this background in the parent case, Examiner
Henley concurred with applicants that the use of R-albuterol
to treat asthma while avoiding the side effects associated
with <u>chronic</u> administration was nonobvious.  However, he did
not believe that applicants' showings were sufficient to
support that portion of the claimed subject matter that
related to side effects associated with acute administration
of racemic albuterol.  For that reason he would only allow
claims restricted to chronic administration.  Applicants now
seek to complete the original breadth of the claims, and in
support thereof, submit herewith the Declaration Under 37
C.F.R. 1.132 of Dr. Dean A. Handley.

     The declaration of Dr. Handley establishes that by
removing the S enantiomer one maintains the bronchodilatory
effects exhibited by racemic albuterol for acute therapy of
asthma attacks, while simultaneously avoiding or mitigating
the major side effect observed in <u>acute</u> therapy.  To summarize
briefly, Dr. Handley shows that R-albuterol produces potent

SEP 0728972

Barberich et al.
Serial No.:  08/335,480
Filed:  November 7, 1994
Page -9-

and acute bronchodilation in stable asthmatic patients.  The
onset of action is rapid and persists for 3 hours.  R-
Albuterol provides acute, symptomatic treatment and relief for
conditions of asthma and bronchitis.  S-albuterol is
essentially without effect.

On the other hand, both individual enantiomers and
racemic albuterol induce sustained tremors in animals.  The
preclinical observations on the relative abilities of the
albuterol enantiomers to provoke tremors upon single dose,
acute administration were quite unexpected.  Skeletal muscle
tremor is one of the most common side effects of ordinary
doses of all marketed $\beta_2$-agonists.  The studies reported in the
declaration demonstrate that, unlike the R enantiomer, the
tremorigenic liability associated with the S enantiomer is not
balanced by a corresponding efficacy in producing
bronchodilation.  This presents a clear rationale for
employing the pure R enantiomer, substantially free of the S
enantiomer, in acute therapy of asthma attacks.  By removing
the S enantiomer, one maintains the bronchodilatory effects of
racemic albuterol while providing only half the tremorigenic
dose.

In light of the foregoing amendments, declaration and
explanation, it is believed that the claims are allowable, and
reconsideration of the rejection is respectfully requested.

The Office Action of March 9, 1995, also included a
rejection of claims 1-8 under the judicially created doctrine
of double patenting of the obviousness type.  In the parent
case, over which the unamended claims were rejected, the
Examiner took the position that applicants' declarations were
sufficient to establish the unexpected utility of R-albuterol
in avoiding side effects associated with chronic therapy, but
not those side effects associated with acute therapy.

Barberich et al.
Serial No.:  08/335,480
Filed:  November 7, 1994
Page -10-


Implicit in the earlier requirement to limit the claims to
chronic therapy was the assumption that the fact that effects
were demonstrated in chronic therapy did not suggest that
those same advantages would be observed in acute therapy.  If
advantages in chronic therapy would not predict advantages in
acute therapy, applicants believe that by amending the claims
to limit them to side effects associated with acute therapy,
they have now eliminated the overlapping obvious subject
matter, and the double patenting obviousness rejection would
no longer apply.

Respectfully submitted,

Philip E. Hansen
Agent for Applicants
Registration No. 32,700

Dated:  June 9, 1995

HESLIN & ROTHENBERG, P.C.
5 Columbia Circle
Albany, New York  12203-5160
Telephone: (518) 452-5600
Facsimile: (518) 452-5579

F:\USERS\RFP\0701027C.RES
June 9, 1995

SEP 0728974

# EXHIBIT 12

# Stedman's

# MEDICAL DICTIONARY

### 25th Edition
#### ILLUSTRATED



*Editor:* William R. Hensyl
*Associate Editor:* Harriet Felscher
*Administrative Assistant:* Julie Rodowsky
*Administrative Aide:* Gertrude A. Wilder

*Project Editor:* Bill Cady
*Designers:* Robert C. Och / Dan Pfisterer
*Illustration Planner:* Wayne J. Hubbel
*Production Coordinator:* Raymond E. Reter

Copyright © 1990
Williams & Wilkins
428 East Preston Street
Baltimore, MD 21202, USA

Copyright © by William Wood and Company: 1911, 1st ed.; 1912, 2nd ed.; 1914, 3rd ed.; 1916, 4th ed.; 1918, 5th ed.; 1920, 6th ed.; 1922, 7th ed.; 1924, 8th ed.; 1926, 9th ed.; 1928, 10th ed.; 1930, 11th ed.

Copyright © by Williams & Wilkins: 1933, 12th ed.; 1935, 13th ed.; 1939, 14th ed.; 1942, 15th ed.; 1946, 16th ed.; 1949, 17th ed.; 1953, 18th ed.; 1957, 19th ed.; 1961, 20th ed.; 1966, 21st ed.; 1972, 22nd ed.; 1976, 23rd ed.; 1982, 24th ed.



All rights reserved. This book is protected by copyright. No part of this book may be reproduced in any form or by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner.

*Stedman's* is a registered trademark of Williams & Wilkins.

Accurate indications, adverse reactions, and dosage schedules for drugs are provided in this book, but it is possible that they may change. The reader is urged to review the package information data of the manufacturers of the medications mentioned.

*Printed in the United States of America*

English Language Co-editions
  Asian 1967, 1972, 1976
  Indian 1967, 1973
  Taiwan 1972, 1978

Translated Editions
  Greek 1976
  Indian 1977
  Japanese 1977, 1985
  Portuguese 1976
  Spanish (in press)

**Library of Congress Cataloging-in-Publication Data**

Stedman, Thomas Lathrop, 1853–1938.
    [Medical dictionary]
    Stedman's medical dictionary.—25th ed.
    p.  cm.
    ISBN 0-683-07916-6 REGULAR EDITION
    ISBN 0-683-7925-5  DELUXE EDITION
    I. Medicine—Dictionaries.  I. Title.  II. Title: Medical dictionary
    [DNLM:  I. Dictionaries, Medical.  W 13 S812m]
    R121.S8  1989
    610'.3—dc20
    DNLM/DLC
    for Library of Congress                                    89-16579
                                                                  CIP

94
10

**bronchopneumonia**                                                    214

the inflammation into peribronchiolar alveoli and the alveolar ducts; may become confluent or may be hemorrhagic.

**tuberculous b.,** an acute form of pulmonary tuberculosis characterized by widespread patchy consolidations.

**bronchopulmonary** (brong-kō-pul'mō-nār-ē). Relating to the bronchi tubes and the lungs.

**bronchorrhaphy** (brong-kōr'ă-fē) [broncho- + G. *raphē*, a seam]. Suture of a wound of the bronchus.

**bronchorrhea** (brong'kō-rē'ă) [broncho- + G. *rhoia*, a flow]. Excessive secretion of mucus from the bronchial mucous membrane.

**bronchoscope** (brong'kō-skōp) [broncho- + G. *skopeō*, to view ]. An endoscope for inspecting the interior of the tracheobronchial tree, either for diagnostic purposes (including biopsy) or for the removal of foreign bodies.

**bronchoscopy** (brong-kos'kō-pē). Inspection of the interior of the tracheobronchial tree through a bronchoscope.

**bronchospasm** (brong'kō-spazm). Contraction of smooth muscle in the walls of the bronchi and bronchioles, causing narrowing of the lumen.

**bronchospirochetosis** (brong'kō-spī'rō-kē-tō'sis). Hemorrhagic *bronchitis.*

**bronchospirography** (brong'kō-spī-rog'ră-fē) [broncho- + L. *spiro*, to breathe, + G. *graphō*, to write]. Use of a single lumen endobronchial tube for measurement of ventilatory function of one lung.

**bronchospirometer** (brong'kō-spī-rom'ē-ter) [broncho- + L. *spiro*, to breathe, + G. *metron*, measure]. A device for measurement of rates and volumes of air flow into each lung separately, using a double lumen endobronchial tube.

**bronchospirometry** (brong'kō-spī-rom'ē-trē). Use of a bronchospirometer to measure ventilatory function of each lung separately.

**bronchostaxis** (brong'kō-stak'sis) [broncho- + G. *staxis*, a dripping]. Hemorrhage from the bronchi.

**bronchostenosis** (brong-kō-sten-ō'sis). Chronic narrowing of a bronchus.

**bronchostomy** (brong-kos'tō-mē) [broncho- + G. *stoma*, mouth]. Surgical formation of a new opening into a bronchus.

**bronchotome** (brong'kō-tōm) [broncho- + G. *tomē*, a cutting]. An instrument for incising a bronchus.

**bronchotomy** (brong-kot'ō-mē). Incision of a bronchus.

**bronchotracheal** (brong-kō-trā'kē-ăl). Relating to the trachea and bronchi.

**bronchovesicular** (brong'kō-vĕ-sik'yū-lăr). Bronchoalveolar; relating to the bronchioles and alveoli in the lungs.

**bronchus,** pl. **bronchi** (brong'kŭs, brong'kī) [Mod. L., fr. G. *bronchos*, windpipe] [NA]. One of the subdivisions of the trachea serving to convey air to and from the lungs. The trachea divides into right and left main bronchi which in turn form lobar, segmental, and subsegmental bronchi. In structure, the intrapulmonary bronchi have a lining of pseudostratified ciliated columnar epithelium, and a lamina propria with abundant longitudinal networks of elastic fibers; there are spirally arranged bundles of smooth muscle, abundant mucoserous glands, and in the outer part of the wall irregular plates of hyaline cartilage.

**eparterial b.,** obsolete term for the right superior lobe b. which passes above the right pulmonary artery.

**hyparterial bronchi,** obsolete term for those bronchi which pass below the pulmonary arteries, *i.e.,* right middle and inferior lobar bronchi and left superior and inferior lobar bronchi.

**intermediate b., b.** intermedius, the portion of the right main b. between the upper lobe b. and the origin of the middle and inferior lobe bronchi.

**left main b., b.** principalis sinister.

**lobar bronchi,** bronchi lobares.

**bronchi loba'res** [NA], lobar bronchi; the divisions of the bronchi that supply the lobes of the lungs; b. lobaris superior, b. lobaris medius, and b. lobaris inferior are the three lobar bronchi on the right; b. lobaris superior and b. lobaris inferior are those on the left. The lobar bronchi divide into segmental bronchi. **primary b.,** the main b. arising at the tracheal bifurcation and extending into the developing lung of the embryo.

**b. principa'lis dex'ter** [NA], right main b.; it arises at the bifurcation of the trachea and enters the hilum of the right lung, giving off the superior lobe b. and continuing downward to give off the middle and inferior lobe bronchi.

**b. principa'lis sinis'ter** [NA], left main b.; it arises at the bifurcation of the trachea, passes in front of the esophagus and enters the hilum of the left lung where it divides into a superior lobe b. and an inferior lobe b.

**right main b.,** b. principalis dexter.

**segmental b.,** b. segmentalis.

**b. segmenta'lis** [NA], segmental b.; one of the divisions of a b. that supplies a bronchopulmonary segment. In the right lung there are commonly ten: *in the superior lobe,* b. segmentalis apicalis, b. segmentalis posterior, b. segmentalis anterior; *in the middle lobe,* b. segmentalis lateralis, b. segmentalis medialis; *in the inferior lobe,* b. segmentalis apicalis or superior, b. segmentalis basalis medialis or cardiacus, b. segmentalis basalis anterior, b. segmentalis basalis lateralis, b. segmentalis basalis posterior; in the left lung there are commonly nine: *in the superior lobe,* b. segmentalis apicoposterior, b. segmentalis anterior, b. lingularis superior, b. lingularis inferior; *in the inferior lobe,* b. segmentalis apicalis or superior, b. segmentalis basalis medialis or cardiacus, b. segmentalis basalis anterior, b. segmentalis basalis lateralis, b. segmentalis basalis posterior.



**Segmental Bronchi**

**stem b.,** the main b. from which the branches of the bronchial tree arise.

**Brønsted,** Johannes N., Danish physical chemist, 1879–1947. See B. base, theory.

**brontophobia** (bront-ō-fō'bē-ă) [G. *brontē,* thunder, + -phobia, fear]. Tonitrophobia; morbid fear of thunder.

**brood** (brŭd). **1.** Litter (2). **2.** To ponder anxiously; to meditate morbidly.

**Brooke,** Bryan N., British surgeon, *1915. See B. *ileostomy.*

**Brooke,** Henry A.G., British dermatologist, 1854–1919. See B. disease, tumor.

**broom** (brŭm). Scoparius.

**brow** [A.S. brū]. **1.** The eyebrow. See supercilium. **2.** Frons.

# EXHIBIT 13

REDACTED

# EXHIBIT 14

#3A
4B
6/12/98

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:      Barberich *et al.*          Atty Dkt. No.: 0701.027F

Serial No.:     Unknown
                Continuation of 08/691,604
                Filed: August 15, 1996
                Group Art Unit: 1205
                Examiner: Henley III, R.

Title:  METHOD FOR TREATING ASTHMA USING OPTICALLY PURE
        R(-)ALBUTEROL

To:  Assistant Commissioner for Patents
     Box PATENT APPLICATION
     Washington, D.C.  20231

        <u>Preliminary Amendment Under 37 C.F.R. 1.115</u>

Dear Sir:

     Prior to examination, please amend the application as

follows:

<u>In the Title</u>:

     Please delete "METHOD FOR TREATING ASTHMA USING OPTICALLY

PURE R(-)ALBUTEROL" and substitute therefor --METHOD FOR INDUCING

BRONCHODILATION USING OPTICALLY PURE R(-)ALBUTEROL--.

<u>In the specification</u>:

     Page 1, between line 2 and line 3, insert:

        --Cross Reference to Related Applications

     This application is a continuation of our prior copending

application  08/691,604, filed August 15, 1996, which was a

now U.S. Patent 5,760,090,

F:\USERS\RF\701027F.PAM
April 2, 1998

10

SEP 0729187

Continuation of 08/691,604
Atty Dkt. No.: 0701.027F
Barberich et al.
Page -2-

continuation of application 08/335,480, *filed November 7, 1994* now US patent 5,547,994,
which was a continuation of application 08/163,581, *filed December 7, 1993* now US patent
5,362,755, which was a continuation of application 07/896,725, *filed June 9, 1992*
now abandoned, which was a continuation of application
07/461,262, filed January 5, 1990, now abandoned.--

In the Claims:

Cancel claims 1-12.

Please add the following claims:

13. (New)  A method of inducing bronchodilation or
providing relief of bronchospasm, comprising administering to an
individual a quantity of optically pure R-(-) albuterol
sufficient to induce said bronchodilation.

2
14. (New)  A method according to Claim 13, wherein the
albuterol comprises at least 90% by weight of the R-(-) isomer and
not more than 10% by weight of the S(+) isomer.

3
15. (New)  A method according to Claim 13, wherein the
albuterol comprises at least 99% by weight of the R-(-) isomer and
1% or less by weight of the S(+) isomer.

PAUSERS\RFP\0701027F.PAM
April 2, 1998

SEP 0729188

Continuation of 08/691,604
Atty Dkt. No.: 0701.027F
Barberich et al.
Page -3-

18. (New)  A method according to Claim 13, wherein the optically pure R(-) albuterol is administered by inhalation.

21. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered in an amount of about 30 $\mu$g to about 90 $\mu$g.

18. (New)  A method according to Claim 13, wherein the optically pure R(-) albuterol is administered orally.

18. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered in an amount of about 1 mg to about 8 mg.

20. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered as a syrup.

21. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered as a syrup.

22. (New)  A method of inducing bronchodilation or providing relief of bronchospasm while reducing the concomitant liability of adverse effects associated with racemic albuterol, comprising administering to an individual a quantity of optically

SEP 0729189

Continuation of 08/691,604
Atty Dkt. No.: 0701.027F
Barberich et al.
Page -4-

pure R-(-) albuterol sufficient to induce said bronchodilation
while simultaneously reducing said adverse effects.

<u>REMARKS</u>

The present application is a continuation of US application,
serial number 08/691,604.  Claims 1-12 were present in the
application as filed.  All claims pending in the original
application are canceled by amendment above and are replaced by
new claims.  Claims 13-22 are therefore pending in this
continuation application.

In the parent application, 08/691,604, claims were allowed
to "a method of treating asthma".  New claims 13-22 relate to "a
method for inducing bronchodilation or providing relief of
bronchospasms". Support for the new wording relating to inducing
bronchodilation or providing relief of bronchospasms is found on
page 5, line 5-6, page 3, line 8-9 and elsewhere in the
specification.  Applicants respectfully submit that new claims
13-22 are allowable with a terminal disclaimer for reasons of
record in parent application 08/691,604.

F:\USERS\RFP\0701027F.PAM
April 2, 1998

SEP 0729190

Continuation of 08/691,604
Atty Dkt. No.: 0701.027F
Barberich et al.
Page -5-

In order to expedite prosecution, Applicants enclose herewith terminal disclaimers in accordance with 37 CFR 1.321 (b) and (c) and fees under 37 C.F.R. 1.20(d).

Respectfully submitted,

Philip E. Hansen
Agent for Applicants
Reg. No. 32,700

Dated: April 21, 1998

Address for Correspondence:
Philip E. Hansen
Heslin & Rothenberg, P.C.
5 Columbia Circle
Albany, New York  12203
Telephone: (518) 452-5600
Facsimile:  (518) 452-5579

F:\USERS\RFP\701027F.PAM
April 2, 1998

SEP 0729191

# EXHIBIT 15

Lung (1990) Suppl:154–167



© Springer-Verlag
New York Inc. 1990

# Long-term Management of Reversible Obstructive Airways Disease in Adults

Alain Lurie,[1,2] Fotis D. Vlastos,[2] Daniel J. Dusser,[2] Georges Strauch,[1] and Jean Marsac[2]

[1]Institut de Recherche Thérapeutique (IRT-Eclimed), Hôpital Universitaire Cochin, Paris, France; and [2]Département de Pneumologie, Hôpital Universitaire Cochin, Paris, France

**Abstract.** The goals of the long-term management of reversible obstructive airways disease (ROAD) are to find the minimum treatment that controls symptoms, allows resumption of normal life, prevents severe attack and death, and controls airflow obstruction. ROADs include asthma, chronic bronchitis, and emphysema. Although the differential diagnosis between these different entities may be difficult, they share the same possibilities of pharmacotherapy, including bronchodilator and antiinflammatory drugs. $\beta_2$-agonists administered via inhaled route produce the best bronchodilator/side effects ratio, provided that the drugs reach the bronchi. This underlines the importance of a proper inhalation technique when using a metered-dose inhaler. In patients with hand-breath coordination problems, powder inhalers or spacer devices are useful to ameliorate the therapeutic efficacy of inhaled drugs. Anticholinergic agents are usually less potent bronchodilators than inhaled $\beta_2$ agonists in asthma, but they may have additive effects when associated with $\beta_2$ agonists. Only a therapeutic trial with peak-flow monitoring can demonstrate the efficacy of anticholinergic drugs in individuals. Theophylline's kinetics are characterized by a narrow therapeutic index with high inter- and intraindividual variabilities. Sodium cromoglycate and nedocromil sodium are antiallergic drugs, the efficacy of which has been demonstrated in controlled studies. Corticosteroids are the most efficient antiasthma drugs. Inhaled corticosteroid dosing should be tailored to each individual. If inhaled corticosteroid therapy is used in an oral corticosparing attempt, patients should be followed-up during several months. The management of ROAD includes the diagnostic procedures, the identification of triggers and inducers of airways obstruction, the assessment of severity of the disease, and then the treatment and education of the patient. Strategy design to achieve proper use of drugs by patients is discussed.

Offprint requests to: Dr. A. Lurie, Institut de Recherche Thérapeutique (IRT-Eclimed), Hôpital Universitaire Cochin, 27 rue du faubourg St. Jacques, 75674 Paris Cedex, France.

**Key words:** Bronchial obstruction—Asthma—Reversible obstructive airways disease—Aerosols—Treatment.

## Introduction

Reversible obstructive airways disease (ROAD) include asthma, chronic bronchitis, and emphysema. The diagnosis of asthma rests upon anamnestic arguments. If the clinical features are not typical of asthma, the diagnosis may be helped by looking for diurnal variation of peak expiratory flow values or, according to the results of baseline pulmonary test functions, by measuring response to either nonspecific stimuli such as histamine and methacholine, or to an inhaled $\beta_2$-agonist. Clear-cut differentiation between chronic bronchitis, emphysema, and asthma is sometimes impossible. Some patients with chronic bronchitis or emphysema present important bronchial reversibility [1]. In contrast, some patients with asthma present little bronchial reversibility in acute trials and their bronchial obstruction may tend to diminish with time [2]. Comparing the pulmonary function tests before and after an acute bronchodilator administration is of limited value if one wants to separate chronic obstructive lung disease from asthma. Furthermore, some patients who appear at first to be relatively unresponsive to $\beta_2$-agonists may respond later to repeated bronchodilator challenges [3]. A trial with corticosteroids may be required to insure that reversibility has not been underdiagnosed [4]. If the trial does not show any improvement of bronchial obstruction, corticosteroids may be stopped within 3 days [4]. In contrast, when bronchodilation is observed, inhaled corticosteroids are indicated. If a trial with inhaled corticosteroids is decided, high dosages should be used, because they have been shown to produce better therapeutic effects [5]. The patients with bronchial response to corticosteroids are then mostly managed in a similar way to patients with asthma [6].

One must write or talk with modesty about the management of asthma because although the modern pharmacotherapy of the disease may be highly efficient, more patients die of bronchial asthma than previously. The increasing mortality in patients with asthma during the last three decades did not receive clear explanations [7, 8]. Each hypothesis aiming to elucidate this increased mortality may appear unlikely or insufficient to explain all the available data. These hypothesis belong either to the epidemiology (change in classification of asthma in 1979, increased prevalence and more virulence of asthma, shift in the age distribution of incidence), or to the management of the disease (inadequate assessment and treatment, iatrogenicity) [8].

## Pathophysiologic Features of ROADs and Their Therapeutic Implications

Bronchial inflammation and bronchial smooth muscle spasm are the two main pathophysiologic components of asthma [9]. Release of spasmogenic and/or inflammatory mediators from cells in the airways produces and maintains the bronchial pathologic alterations observed in asthma. These cellular mecha-

nisms are better understood in allergic asthma, where the mediators released after the allergenic contact have been shown to recruit inflammatory cells. In turn, these cells release other mediators with inflammatory and spasmogenic actions [9]. Bronchial inflammation has been shown to play an important role in the mechanisms underlying bronchial hyperreactivity, bronchial obstruction, and the symptoms of asthma. ROADs other than asthma may also implicate bronchial smooth muscle spasm and bronchial inflammation associated with irreversible forms of airway obstruction such as loss of bronchial elastic recoil and fibrotic distortion. The pharmacotherapy of ROAD results from these pathophysiologic features. Treatments include bronchodilator and anti-inflammatory drugs.

## Pharmacotherapy of ROAD

### Bronchodilator Drugs

The therapeutic efficacy of bronchodilators depends upon their dose. Increasing the dose of a bronchodilator may increase also its adverse effects. These adverse effects have been incriminated in the increase in mortality of asthma [8].

$\beta_2$ agonists. $\beta_2$ agonists are available for inhaled, oral, and parenteral administration. The oral route produces a more delayed onset of action than inhaled or parental route [10]. Oral and parenteral routes produce more pronounced side effects than the inhalation route [11]. Furthermore, the inhaled dose is much lower than that required when the drug is prescribed per os [12]. Therefore, inhalation of $\beta$-adrenergic agents produces the greatest benefits/side-effects ratio and is to be preferred for the treatment of ROAD. The importance of a good inhalation technique is discussed further on. Uncontrolled self-treatment with inhaled $\beta_2$-agonists may lead to excessive and unsupervised abuse that may delay hospital admission and anti-inflammatory treatment or that may even induce fatal cardiotoxicity [13]. Increase in deaths from asthma in New Zealand has been hypothesized to be due to overuse of high dose of $\beta_2$-agonists with home nebulizers and a subsequent underuse of an appropriate anti-inflammatory treatment [14].

The presently available inhaled $\beta_2$-agonists produce rapid bronchodilation, which reaches its maximum effect at about 15 min after inhalation and lasts for up to 6 h. They are prescribed at a dose of one to two puffs every 4–6 h. Two puffs should be taken 1 min apart. Patients should be instructed not to exceed 10–12 puffs daily. If a higher daily dose is required, therapeutic adjustment is preferable than to merely increase the daily number of puffs of $\beta_2$-agonists. The use of $\beta$-adrenergic agonists should not delay the use of corticosteroids, even if rapid relief from symptoms is obtained that diminishes the awareness of the patients about their disease [13].

*Slow-release theophyllines.* The bronchodilator effect of theophylline is directly related to the serum concentration of the drug. The optimal and safe effects of theophylline are observed at serum concentrations ranging from 7 to 15 $\mu$g/ml. Theophylline toxicity is well documented above the "safe" levels of serum concentrations of the drug. Side effects occur frequently following a loading dose and are avoidable when the treatment is started with low doses [15]. However, side effects may appear even within the subtherapeutic serum theophylline concentration range. The combination of slow-release theophylline with $\beta$-adrenergic agonists may produce additive therapeutic effects but is susceptible to more pronounced side effects [16]. Difficulties in the management of theophylline treatment are increased by factors that influence theophylline pharmacokinetics such as smoking, age, food, and drugs. The great intra- and intersubject variability in theophylline pharmacokinetics shows the importance of checking serum theophylline concentration in each individual.

*Anticholinergic agents.* Ipratropium bromide (Atrovent) and oxytropium bromide (Tersigat, Oxivent) are synthetic quaternary ammonium, chemically close to atropine. At present, no major side effects other than bitter taste have been reported for inhaled ipratropium, even if administered at very high doses. In stable asthma, the degree of bronchodilatation obtained with anticholinergic drugs is less than that obtained with $\beta_2$-agonists [17]. However, some patients with ROAD respond better to anticholinergic drugs than to $\beta_2$-agonists [18]. Factors that favor the good response to ipratropium bromide are nonallergic asthma, old age with long duration of asthma history, and mild bronchial obstruction [19]. The only way to identify a good responder is to perform a trial with the anticholinergic drug [20]. The optimal bronchodilatation following administration of ipratropium bromide is achieved after inhalation of 80 $\mu$g [17]. However, doses of 160 $\mu$g of ipratropium have been reported to reduce significantly the morning fall in peak expiratory flow rate of patients with asthma [21]. Following an inhaled dose of ipratropium, maximal bronchodilatation is observed in about 1–2 h. In chronic asthma, ipratropium bromide is prescribed at doses of two to three puffs every 4–6 h. Combined treatment with ipratropium bromide and $\beta_2$-agonists or theophylline has generally an enhanced or more prolonged effect than each treatment alone [22]. A pressurized aerosol containing both fenoterol and ipratropium bromide is currently available.

## Nonbronchodilator Drugs

*Nedocromil sodium and sodium cromoglycate.* Sodium cromoglycate and nedocromil sodium share the same antiallergic properties [23]. They both inhibit the immediate bronchoconstriction induced by stimuli such as exercise, or inhalation of antigen, sulfur dioxide, or cold air [24, 25]. These agents can also attenuate the late asthmatic reactions in patients with allergic asthma [24]. In adult patients with chronic asthma, treatment with inhaled sodium cromoglycate resulted in significant improvement in asthmatic symptoms and peak ex-

piratory flow rates, as well as reduction in concomitant medications when compared to a placebo group [26]. Nedocromil sodium was shown to improve significantly asthmatic symptoms and lung functions in a placebo-controlled trial of 12 weeks in patients maintained on bronchodilators [27]. Nedocromil sodium has been shown to be effective in the treatment of ROAD, but its place in the strategy of treatment of asthma remains to be determined. Presently, sodium cromoglycate is considered as a first-line prophylactic treatment of asthma.

*Corticosteroids.* Corticosteroids constitute the most efficient anti-inflammatory drugs. Inhaled corticosteroids produce far less side effects than oral corticosteroids [28]. Inhaled doses up to 1000 $\mu$g/day of beclomethasone dipropionate may be used with minimal risks of side effects such as oral candidiasis and dysphonia. These local side effects may be minimized by rinsing the mouth and throat after each inhalation and by using a spacer device [29]. Systemic side effects of inhaled corticosteroids are infrequent up to a daily dose of 1500–2000 $\mu$g/day. At doses up to 1500 $\mu$g/day, 91% of patients treated with inhaled corticosteroids were shown to have both normal values of morning cortisol and normal response to adrenocorticotropic hormone [30]. Controlled clinical trials in asthmatic patients have demonstrated the therapeutic efficacy of all the presently available inhaled corticosteroids, namely, beclomethasone dipropionate, flunisolide, budesonide, and triamcinolone [31]. A relationship between dose and efficacy of inhaled corticosteroids has been reported. Treatment with inhaled corticosteroids may allow to decrease oral corticosteroids. The success rate of patients weaned off oral prednisone after a long-term administration of inhaled corticosteroids has been estimated by Toogood et al. using data from published studies [32]; the success rate has been found to reach 100% in studies of 4 months or less, while the averaged rate over a period of 24 months of follow-up was about 30%. Oral corticosteroids should be withdrawn with caution because fatal relapse of asthma may occur [33]; this indicates the importance to follow-up the weaning period with peak expiratory flow monitoring. The dosing regimen of inhaled corticosteroids has been a matter of controversy, probably due to differences in the groups studied: 2–4 times per day have been proposed [34]. Patients who present severe exacerbations of asthma during treatment with inhaled corticosteroids require oral or parenteral corticosteroids.

*Other agents.* So far, calcium channel blockers and $\alpha$-adrenoceptor blockers have no defined role in the management of ROAD. The results of administration of prostaglandin $E_1$ or of several inflammatory mediators antagonists have not demonstrated any clinical efficacy [35]. Immunosuppressive agents such as methotrexate and azathioprine have currently no place in the management of ROAD. Antihistamines may be indicated for diseases associated with asthma such as allergic rhinitis. The data available for potassium channel activators may to consider these agents as potentially useful in the bronchodilator treatment [36]. Inhaled furosemide was shown to reduce allergen-induced asthma

but its place in the treatment of asthma requires further study [37]. In this paper, we will concentrate upon the three classes of bronchodilator drugs and the corticosteroid use in the care of patients with ROAD.

## Management of ROAD

The management of ROAD associates the diagnostic procedures, already discussed in this paper, the identification of triggers and inducers of bronchial obstruction and the assessment of severity of the disease which is used to define a strategy of treatment and finally the education of the patient [38].

### The Assessment of ROAD

*Identification of inducers and triggers.* The assessment of patients with ROAD include the investigation of all the pathologic conditions that may influence the course of the bronchial disease and that may be accessible to treatment. Agents that provoke acute exacerbation of asthma are usually referred as "triggers" while those that increase airway responsiveness to other stimuli are called "inducers" of asthma [39]. The first step of anti-inflammatory treatment to be considered is the treatment of triggers and inducers of asthma.

The role of allergy to environmental allergens in patients with asthma remains controversial [40, 41]. However, the prevalence of asthma has been shown to be lower in higher altitude, where the prevalence of positive skin tests to house dust mites is also lower than at the sea level [42]. Increased nonspecific bronchial hyperreactivity or allergen-specific bronchial reactivity has been demonstrated during pollen season in sensitive patients with asthma [43, 44]. Allergic symptoms and numbers of positive-prick skin tests were reported to increase with increasing severity of asthma in children [45]. Besides bronchial allergy, allergic rhinitis and sinusitis are often encountered. The cause-effect relationship between upper airways inflammation and induction of asthma is difficult to establish. Some investigators consider that both sinusitis and asthma are manifestations of the same underlying disease [46]. Others suggest that sinusitis can trigger and may aggravate ROAD [45, 47, 48]. Although few data exist that prove that sinusitis may cause or worsen asthma, it is a usual rule to look for and to treat an associated sinusitis in case of difficult-to-control ROAD.

Respiratory infections often aggravate asthma [49]. Viral infections are very frequent precipitating factors in children and adults with asthma [50]. In a retrospective study over a 1-year period, 19% of adult asthmatic patients admitted to a hospital were shown to have a concomitant respiratory infection [51].

Exercise is one of the most common inducers of asthma crisis. Exercise-induced asthma may be identified in the laboratory by exercise or isocapnic hyperventilation challenge [52]. Single preexercise treatment with inhaled $\beta_2$-agonists and/or sodium cromoglycate may prevent exercise-induced asthma [52].

The relationship between asthma and gastroesophageal reflux is well established but poorly understood [53]. Overnight intraesophageal pH study may confirm a suspected reflux [54]. Medical or surgical treatment of reflux can improve asthma [55, 56]. Theophyllines have been incriminated to worsen reflux by dilatating the lower esophageal sphincter, but a recent study reported no aggravation of nocturnal asthma in asthmatic patients with reflux treated by aminophylline [57]. Nonsteroidal anti-inflammatory drugs are the most common cause of drug-induced asthma [58]. The worldwide increasing automedication with nonsteroidal anti-inflammatory drugs may represent a potential danger for asthmatic patients that has not yet been evaluated by appropriate studies [8]. $\beta$-adrenergic blockers and antibiotics inducing hypersensitivity are also reported as precipitants of acute asthma attacks [59].

Food hypersensitivity is a less common triggering factor of asthma in adults than in children [59]. In contrast, alcoholic drinks are a frequent trigger of asthma [60]. Many patients with suspected food hypersensitivity have gastrointestinal and respiratory symptoms, but the diagnosis is often difficult to confirm, because there is a lack of highly reproducible tests [61]. Food challenges are difficult to interprete and may provoke anaphylactic reactions [62]. Food-induced asthma may be due to food itself, to the coloring, or to the added preservatives.

Stress, emotional conflicts, and other psychological factors must be considered as aggravating factors in some asthmatic patients [63].

## The Treatment of ROAD

*Assessing and staging the severity of the disease.* The staging of ROAD should be based upon the severity of symptoms, the pattern and the importance of bronchial obstruction, and the amount of bronchodilators required to control the disease. Assessing the severity through the symptoms of the patients may be misleading, because perception of bronchial obstruction varies from patient to patient [64]. Therefore, the physician must look mainly for informations deriving from regular peak expiratory flow monitoring. Bronchial obstruction is a criterion of severity not only by its importance but also by its pattern. Daily measurement of peak expiratory flow rate may allow the classification of the pattern of bronchial obstruction: patients with stable asthma have a stable peak flow close to normal values; brittle asthma is characterized by highly variable peak flow values; deteriorating asthma is characterized by slowly diminishing peak flow values; patients with morning dips have low peak flow values only during the nighttime or the early morning [65]. The high variability of bronchial obstruction is a risk factor for exacerbation of the disease [66]. Current schemas of asthma staging have not been evaluated with appropriate clinical studies and are therefore, difficult to assess in terms of their applicability and their prognostic value. Asthma may be classified as mild, moderate, or severe. Patients with mild asthma have occasionally wheezing or tightness of the chest.

Their peak flow rate is mostly normal. They use occasionally inhaled broncho-dilators, in periods with symptoms. Patients with mild asthma should be assessed regularly to confirm the mildness of their disease, because the frontier between mild and moderate asthma is far to be clear [67]. Patients with moderate asthma have daily symptoms and they use bronchodilators on daily basis. Their peak flow is under the limit of predicted value. Patients with severe asthma have prominent wheezing. They have disturbed sleep and morning chest tightness and they have often already been admitted to an hospital for severe exacerbation of their asthma [66]. They need administration more than 4 times a day of inhaled bronchodilators to control their symptoms. Their peak flow is less than 80% of predicted value.

*Strategy of treatment*. The objectives of treatment are to control symptoms, to allow the patient to pursue a normal life, and to control bronchial obstruction. To achieve these objectives, identified causative factors should be avoided. Although this is not always possible, allergen avoidance must be advised in patients where a specific allergen is identified. Immunotherapy may be discussed, though it has a restricted place in the treatment of asthma. Patients with mild asthma may be treated with inhaled $\beta_2$-agonist on demand. In patients with apparently mild asthma but also signs of bronchial inflammation, such as exacerbation of symptoms and bronchial obstruction, one should consider a prophylactic treatment with sodium cromoglycate or low doses of inhaled steroids. When permanent treatment is necessary, patients should not be treated only with bronchodilator drugs but also with anti-inflammatory and bronchodilator agents together. The stepwise plan must take into account the efficacy/side effects ratio of the drugs and the severity of the disease. Anti-inflammatory therapy for patients with mild asthma may begin with a trial of nedocromil or sodium cromoglycate for 3 months. If this trial fails, low doses of inhaled corticosteroids are indicated. The first-line bronchodilator treatment is an inhaled $\beta_2$-agonist. The narrow therapeutic index and the need of repeated measurements of theophylline blood level together, place theophylline in the second line of bronchodilator treatment [68]. Patients whose asthma cannot be controlled with the combination of an inhaled $\beta_2$-agonist and low doses of inhaled corticosteroids may benefit from the addition of a sustained-release theophylline preparation or anticholinergic drugs, in a therapeutic trial with a peak expiratory flow rate monitoring. Patients whose asthma cannot be adequately controlled with the previous association may benefit from increasing the inhaled dose of corticosteroids up to 2000 $\mu$g/day and, if needed, by a short course of oral corticosteroids until control is achieved. When symptoms and bronchial obstruction have been minimized, the treatment should be reduced to the minimum dose allowing to maintain the control of the disease. The optimal treatment is the treatment having the highest efficacy associated with the best tolerance. Regular follow-up and monitoring of peak flow rate are necessary to evaluate the efficacy and tolerance of the therapy and the education of the patients.

A. Lurie et al.

The nocturnal increase of asthmatic symptoms has been well documented in many asthmatic patients [69]. Poor pharmacologic control of airways during the nocturnal sleep may partly explain the high incidence of nocturnal asthma fatalities [67]. In these patients, the size of the morning dip may benefit from inhaled corticosteroids or inhaled $\beta_2$-agonists justifying a trial with these drugs [70]. However, this is not always the case and further treatment should be assessed, such as slow-release theophylline given once daily before bedtime [71].

## Education of Patients with ROAD

*Objectives of education.* Many studies have emphasized the importance of patient participation in the management of ROAD [72]. Better education has been advocated to prevent severe asthma and death from asthma. The main goals of patient education are to obtain a degree of self-assessment and self-management by the patient. To obtain self-assessment, patients should be aware of the triggering factors of asthma and should be encouraged to avoid them. Self-assessment of the severity of the disease based upon symptoms often leads to underestimation and undertreatment [73]. The use of peak flow-meter permits to overcome of the problem of variable and often inaccurate subjective perception of airway obstruction in asthmatics [74] and enables the physician to assess the efficacy of the treatment. The patient's technique for using peak flow-meter should be checked repeatedly. The measurement of peak expiratory flow rate on daily basis is practical in order to assess bronchial obstruction, but it does not eliminate the need of regular spirometric measurements in the laboratory. Regular follow-up visits may help to supervise patients' self-management and allow the physician to assess the efficacy of the treatment. Teaching of self-management should enable patients to act appropriately in the event of an asthma crisis. They should learn which medication to use, how to practice subcutaneous injection of $\beta_2$-agonist, and when to call for medical aid. Educating programs aiming only to improve patients' knowledge of asthma were shown to be inefficient in reducing asthma morbidity in general practice [75]. Interpersonal reinforcement was shown to be more effective in reducing emergency department visits than written appeals in adult asthmatics [76]. A self-management plan based on routine assessment of peak flow was shown to substantially improve both subjective and objective assessment of asthma severity, to diminish symptoms, and to increase baseline lung function [77].

*Technique of using inhalers and delivery systems.* The rise in the mortality and the morbidity of asthma may be partly due to the undertreatment of the patients [78]. This includes both underestimation of severity by physicians and lack of optimal inhaled therapy. Effective inhalation can be obtained by teaching patients how to use the metered-dose inhaler. Education of patients with asthma takes time and should be regularly checked, because metered-dose inhalers are often misused [79].

The use of metered-dose inhalers needs a "hand-breath coordination" which is often difficult to obtain in certain patients such as children and elderly. The generally accepted proper maneuvers are: (1) shake inhaler, (2) place it 2 cm in front of the open lips, (3) exhale, (4) activate once, (5) inhale slowly and deeply, (6) hold breath for 10 s and breathe out slowly. The next puff is inhaled after a pause of about 1 min [80]. This pause has been shown to improve the bronchodilator efficacy of metered-dose inhalers [81]. The high speed of the inhaled cloud favors proximal deposition, bitter taste, and local side effects [82]. Additionally, numerous technique errors have been recorded [82]. These errors influence therapeutic efficiency, indicating the importance of supervising the inhalation technique both at the time of prescription and afterward [79].

Many patients find it difficult to use a metered-dose inhaler [83]. Hand-breath coordination problems can be overcome by using a spacer devices with the metered-dose inhaler or by the use of dry powder inhalers. The use of a spacer device is simple: The patient actuates the metered-dose inhaler that is attached to the chamber, then inhales the drug from the chamber. One single actuation of the metered-dose inhaler is recommended, to avoid the increased deposition of aerosol in the apparatus, resulting from successive actuations [84]. In patients with obstructive airways disease, the use of spacer devices has been shown to decrease the aerosol deposition in the oropharynx and to increase the deposition in the bronchi [84]. The bronchial response to a $\beta_2$ agonist is greater when using a metered-dose inhaler with a spacer device than when using a metered-dose inhaler alone [85]. A spacer device is as effective as a nebulizer in chronic stable asthma [84]. A high dose of inhaled corticosteroid treatment when administered via a spacer is associated with a reduced risk of oropharyngeal candidiasis and with an increased bronchial effect [29]. Patients with asthma requiring the use of spacer devices are those who are not able to use properly inhalers, who need more than 1500 $\mu$g beclomethasone per day or equivalent to control their disease, and patients in whom dose-limiting oropharyngeal side effects compromise the usefulness of inhaled corticosteroid therapy [29].

Hand-breath coordination problems may also be overcome by using powder inhalers. Powder inhalers have been shown to be as effective as metered-dose inhalers [87]. However, about 3% of patients with asthma have difficulties in using the powder inhaler properly [88]. The need to replace the capsule before each dosing diminishes the compliance of patients. Inhaler devices equipped with more than one dose of the drug are now available for both salbutamol and beclomethasone. The potential drawbacks of powder inhalers are coughing and proximal deposition. In conclusion, none of the current devices satisfies the needs of all patients and the method of delivery should be chosen for each individual patient.

**Conclusion**

The optimal long-term management of ROAD is based upon assessment of the diagnosis and the individual risk factors for exacerbation of the disease. The

treatment should be tailored to each individual patient by taking into account the efficacy/safety ratio of the medications. Education of the patient plays a major role in the successful long-term outcome of the treatment. This education should start with self-assessment by the patient, which consists of learning the potential risk factors and learning how to use properly and on a daily basis the peak flow-meter. Then patients should learn how to treat themselves following a stepwise management plan and should know when to call for medical aid.

Presently, most of therapeutic strategies are based upon clinical trials in which patients belong to an homogeneous population that is not representative of the whole population of asthmatic patients. Most published studies are designed to compare the potency of drugs to a placebo or to another drug. Any future improvement in the management of ROAD will be based upon trials that aim to reach a decision and to define a therapeutic strategy [89].

## References

1. Moron JW, Turn KW (1968) The reversibility of chronic bronchitis, asthma and emphysema. Dis Chest 53:126–132
2. Brown PJ, Greville HW, Finucane KE (1984) Asthma and irreversible airway obstruction. Thorax 39:136–141
3. Anthonissen NR, Wright EC, IPPB trial group (1986) Bronchodilator response in chronic obstructive pulmonary disease. Am Rev Respir Dis 133:814–819
4. Webb J, Clark TJH, Chilvers C (1981) Time course response to obstruction. Thorax 36:18–21
5. Wardman AG, Simpson FG, Knox AJ, Page RL, Cooke NJ (1988) The use of high dose inhaled beclomethasone dipropionate as a means of assessing steroid responsiveness in obstructive airways disease. Br J Dis Chest 82:168–171
6. Cochrane GM, Prior JG (1984) The role of bronchodilators in the management of chronic bronchitis and emphysema. In: Clark TJH (ed) Bronchodilator therapy. ADIS Press, Auckland
7. Benatar SR (1986) Fatal asthma. N Engl J Med 314:423–429
8. Robin ED (1988) Death from bronchial asthma. Chest 93:614–618
9. Holgate ST, Finnerty JP (1988) Recent advances in understanding the pathogenesis of asthma and its clinical implications. Q J Med 66:5–19
10. Williams SJ, Winner SJ, Clark TJH (1981) Comparison of inhaled and intravenous terbutaline in acute severe asthma. Thorax 36:629–631
11. Webb J, Rees J, Clark TJH (1982) A comparison of the effects of different methods of administration of beta-2 sympathomimetics in patients with asthma. Br J Dis Chest 76:351–357
12. Dulfano MJ, Glass P (1976) The bronchodilator effects of terbutaline: route of administration and patterns of response. Ann Allergy 37:357–359
13. Clark TJH (1988) Efficacy and safety of anti-asthma treatment. Allergy 43:32–35
14. Grant G (1983) Asthma in New Zealand. Br Med J. 98:271–275
15. Weinberger M, Hendeles L (1983) Slow release theophylline. Rationale and basis for product selection. N Engl J Med 308:760–764
16. Georgopoulos D, Wong D, Anthonisen NR (1988) Interactive effects of systemically administered salbutamol and aminophylline in patients with chronic obstructive pulmonary disease. Am Rev Respir Dis 138:1499–1503
17. Gross NJ, Skorodin MS (1987) Anticholinergic agents. In: Jenne JW, Murphy S (eds) Drug therapy for asthma. Marcel Dekker, New York
18. Burge PS, Harries MG, I'Anson E (1980) Comparison of atropine with ipratropium bromide in patients with reversible airways obstruction unresponsive to salbutamol. Br J Dis Chest 74:259–262

19. Rebuck AS, Chapman K, Baude M (1982) Anticholinergic therapy of asthma. Chest 82:55s–57s

20. Brown IG, Chan CS, Kelley CA (1984) Assessment of the clinical usefulness of nebulised ipratropium bromide in patients with chronic airflow limitation. Thorax 39:272–276

21. Hugues DTP (1987) The use of anticholinergics in nocturnal asthma. Postgrad Med J 63:47–51

22. Chervinsky P (1986) Concommitant bronchodilator therapy and ipratropium bromide. Am J Med 81:67–73

23. Rilley PA, Mather ME, Keogh RW, Eady RP (1987) Activity of nedocromil sodium in mast cell dependent reactions in the rats. Int Arch Allergy Appl Immunol 82:108–110

24. Rocchiccioli KMS, Riley PA. Clinical pharmacology of nedocromil sodium. Drugs 1989; 37(Suppl 1):123–126

25. Murphy S (1987) Cromolyn sodium. In: Jenne JW, Murphy S (eds) Drug therapy for asthma. Marcel Dekker, New York

26. Petty TL, Rollins DR, Christopher K, Good JT, Oakley R (1989) Cromolyn sodium is effective in adult chronic asthmatics. Am Rev Respir Dis 139:694–701

27. Holgate ST (1986) Clinical evaluation of nedocromil sodium in asthma. Eur J Respir Dis 69:149–157

28. Toogood JH, Lefcoe NM, Haines DSM, Jennings B, Errington N, Baksh L, Chuang L (1977) A graded dose assessment of the efficacy of beclomethasone dipropionate aerosol for severe chronic asthma. J Allergy Clin Immunol 59:298–308

29. Toogood JH, Baskerville J, Jennings B, Lefcoe NM, Johansson SA (1984) Use of spacer to facilitate inhaled corticosteroid treatment of asthma. Am Rev Respir Dis 129:723–729

30. Smith MJ, Hodson ME (1983) Effects of long term inhaled high-dose beclomethasone dipropionate on adrenal function. Thorax 38:676–681

31. Morris H (1987) An update on the treatment of asthma with inhaled corticosteroids. N Engl J Med 8:86–94

32. Toogood JH, Jennings B, Baskerville JC (1985) Aerosol corticosteroids. In: Weiss EB, Segal MS, Stein M (eds) Bronchial asthma. Boston

33. Mellis CM, Phelan PD (1977) Asthma deaths in children—a continuing problem. Thorax 32:29–34

34. Nyholm E, Frame MH, Cayton RM (1984) Therapeutic advantages of twice-daily over four-times administration of the new corticosteroid aerosol, budesonide, in the treatment of chronic asthma. Eur J Respir Dis 65:339–345

35. Pasargiklian M, Bianco S (1986) Perspectives in the treatment of reversible airway obstruction. Respiration 50 (Suppl 2):131–136

36. Cook N (1988) The pharmacology of potassium channels and their therapeutic potential. TIPS 9:21–28

37. Bianco S, Pieroni MG, Refini RM, Rotoli L, Sestin P (1989) Protective effect of inhaled furosemide on allergen-induced early and late asthmatic reactions. N Engl J Med 321:1069–1073

38. Hargreave FE (1988) The drug treatment of asthma: how can it be better applied? Postgrad Med J 64 (Suppl 4):74–81

39. American Thoracic Society (1987) Asthma mortality: trends and determinants. Am Rev Respir Dis 136:1037–1039

40. Hendrick S (1989) Asthma: epidemics and epidemiology. Thorax 44:609–613

41. Bruce CA, Norman PS, Rosenthal RR, Lichtenstien LM (1977) The role of ragweed pollen in automnal asthma. J Allergy Clin Immunol 59:449–452

42. Charpin D, Kleisbauer JP, Lanteaume A, Razzouk H, Vervloet D, Toumi M, Faraj F, Charpin J (1988) Asthma and allergy to house-dust mites in populations living in high altitudes. Chest 93:758–761

43. Lowhagen O, Rak S (1985) Modification of bronchial hyperreactivity after treatment with sodium cromoglycate during pollen season. J Allergy Clin Immunol 75:460–465

44. Sotomayor H, Badier M, Vervloet D (1984) Seasonal increase of carbachol airway responsiveness in patients allergic to grass pollen: reversal by corticosteroids. Am Rev Respir Dis 130:56–61

166                                            A. Lurie et al.

45. Zimmerman B, Feanny S, Reisman J, Hak H, Rasheed N, McLaughlin FJ, Levison H (1988) Allergy in asthma: I. The dose relationship of allergy to severity of childhood asthma. J Allergy Clin Immunol 81:63–70

46. Rachelefsky GS, Katz RM, Siegel SC (1984) Chronic sinus disease with associated reactive airway disease in children. Pediatrics 73:526–532

47. Slavin RG, Cannon RE, Friedman WH (1980) Sinusitis and bronchial asthma. J Allergy Clin Immunol 66:250–259

48. Slavin RG (1982) Relationship of nasal disease and sinusitis to bronchial asthma. Ann. Allergy 49:76–82

49. Li JTC, O'Connell E (1987) Viral infections and asthma. Ann Allergy 59:321–327

50. Horn MEC, Reed SE, Taylor P (1979) Role of viruses and bacteria in acute wheezy bronchitis in childhood: a study of sputum. Arch Dis Child 54:587–591

51. Huhti E, Mokka T, Nikoskelainen J (1974) Association of viral and mycoplasma infections with exacerbations of asthma. Ann Allergy 33:145–149

52. Lockhart A, Regnard J, Dessanges JF, Florentin D, Lurie A (1985) Exercise- and hyperventilation-induced asthma. Bull Eur Physiopathol Respir 21:399–409

53. Richter JE, Castell D (1982) Gastroesophageal reflux: pathogenesis, diagnosis and therapy. Ann Intern Med 97:93–98

54. Farrell M (1985) Gastroesophageal reflux, esophageal dysfunction, and asthma. In: Weiss EB, Segal MS, Stein M (eds) Bronchial asthma. Boston

55. Kjellen G, Tibbling L, Wranne B (1981) Effect of conservative treatment of oesophageal dysfunction on bronchial asthma. Eur J Respir Dis 62:190–197

56. Perrin-Fayole M, Gormand F, Braillon G, Lombard-Platet R, Vignal J, Azzar D, Forichon J, Adeleine P, Benite A (1989) Long-term results of surgical treatment for gastroesophageal reflux in asthmatic patients. Chest 96:40–45

57. Hubert D, Gaudric M, Guerre J, Lockhart A, Marsac J (1988) Effect of therophylline on gastroesophageal reflux in patients with asthma. J Allergy Clin Immunol 81:1168–1174

58. Spector SL, Wangaard CH, Farr RS (1979) Aspirin and concomitant idiosyncrasies in adult asthmatic patient. J Allergy Clin Immunol 64:500–506

59. Burge PS (1985) Trigger factors in asthma. In: Clark TJH (ed) Steroids in asthma. ADIS Press, Auckland

60. Gong H, Tashkin DP (1981) Alcohol-induced bronchospasm in an asthmatic patient. Chest 80:167–169

61. Farrell M (1985) Food allergens and asthma. In: Weiss EB, Segal MS, Stein M (eds) Bronchial Asthma. Boston

62. Bernstein M, Day JH, Wesh A (1982) Double-blind food challenge in the diagnosis of food sensitivity in the adult. J Allergy Clin Immunol 70:205

63. Matus J (1981) Assessing the nature and clinical significance of psychological contributions to childhood asthma. Am J Orthopsychiatry 51:327–331

64. Peiffer C (1989) Chronobiological study of the relationship between dyspnoea and airway obstruction in symptomatic asthmatic subjects. Clin Sci 77:237–244

65. Turner-Warwick M (1977) On observing pattern of bronchial obstruction. Br J Dis Chest 71:73–86

66. Westerman DE, Benatar SR, Potgieter PD, Ferguson AD (1979) Identification of the high-risk asthmatic patient. Am J Med 66:565–572

67. Snider G. Staging therapy to the severity of asthma. In: Weiss EB, Segal MS, Stein M (eds) Bronchial asthma. Boston

68. Marks MB (1987) Theophylline: primary or tertiary drug? A brief review (viewpoint). Ann Allergy 80:33–38

69. Barnes PJ (1984) Nocturnal asthma: mechanisms and treatment. Br Med J 288:1397–1398

70. Horn CR, Clark TJH, Cochrane GM (1984) Inhaled therapy reduces morning dips in asthma. Lancet 1:1143–1145

71. Barnes PJ, Greening AP, Neville L, Timmers J, Poole GW (1982) Single dose slow release aminophylline at night prevents nocturnal asthma. Lancet i:299–301

72. British Thoracic Association (1982) Death from asthma in two regions of England. Br Med J 285:1570

73. McFadden ER, Kiser R, De Goot WJ (1973) Acute bronchial asthma. Relations between clinical and physiological manifestations. N Engl J Med 288:221–225

74. Rubinfeld AR, Pain MCF (1976) Perception of asthma. Lancet 1:882–885

75. Hilton S, Sibbald B, Ross Anderson H, Freeling P (1986) Controlled evaluation of the effects of patient education on asthma morbidity in general practie. Lancet i:26–29

76. Maiman LA, Green LW, Gibson G, MacKenzie E (1979) Education of self-treatment by adult asthmatics. JAMA 241:1919–1922

77. Beasley R, Cushley M, Holgate S (1989) A self management plan in the treatment of adult asthma. Thorax 44:200–204

78. Evans R, Mullaly DI, Wilson RW (1987) National trends in the morbidity and mortality of asthma in the U.S.: prevalence, hospitalization and death from asthma over two decades, 1965–1984. Chest 91:65s–74s

79. Paterson IC, Crompton GK (1976) Used of pressurised aerosols by asthmatic patients. Br Med J 1:76–77

80. Newman SP, Pavia D, Clarke SW (1981) How should a pressurised beta adrenergic bronchodilator be inhaled? Eur J Respir Dis 62:3–21

81. Newman SP, Bateman JRM, Pavia D, SW C (1979) The importance of breath-holding following the inhalation of pressurized aerosol bronchodilators. In: Recent advances in aerosol therapy: first Belgian Symposium on Aerosols in Medicine. Brussels

82. Crompton GK (1982) Problems patients have using pressurised aerosol inhalers. Eur J Respir Dis 63:101–104

83. Crompton GK (1982) Inhalation devices. Eur J Respir Dis 63:489–492

84. Newman SP, Miller AB, Lennard-Jones TR, Moren F, Clarke SW (1984) Improvement of pressurised aerosol deposition with Nebuhaler spacer device. Thorax 39:935–941

85. Cushley MJ, Lewis RA, Tatersfield AE (1983) Comparison of three techniques of inhalation on the airway response to terbutaline. Thorax 38:908–913

86. Morgan MDL, Singh BV, Frame BH, Williams SJ (1982) Terbutaline aerosol given through pear spacer in acute severe asthma. Br Med J 285:849–850

87. Tukiainen H, Terho EO (1985) Comparison of inhaled salbutamol powder and aerosol in asthmatic patients with low peak expiratory flow. Eur J Clin Pharmacol 27:645–647

88. Pover GM, Dash CH (1985) A new modified form of inhaler (Rotahaler) for patients with chronic obstructive lung disease. Pharmacotherapeutica 4:98–101

89. Schwartz D, Flammant R, Lellouch J (1980) Clinical trials, London. Academic Press, p 281

# EXHIBIT 16

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Barberich *et al.*        Atty Dkt. No.: 0701.027H

Serial No.:    Unknown
Continuation of 09/200,541
which was filed: November 25, 1998
Group Art Unit: 1614
Examiner: Henley III, R.

Title: METHOD FOR TREATING ASTHMA USING OPTICALLY PURE
R(-)ALBUTEROL

To: Assistant Commissioner for Patents
Box PATENT APPLICATION
Washington, D.C.   20231

<u>Preliminary Amendment Under 37 C.F.R. 1.115</u>

Dear Sir:

Prior to examination, please amend the application as
follows:

<u>In the Title</u>:

Please delete "METHOD FOR TREATING ASTHMA USING OPTICALLY
PURE R(-)ALBUTEROL" and substitute therefor --METHOD FOR TREATING
BRONCHOSPASM USING OPTICALLY PURE R(-)ALBUTEROL--.


<u>In the specification</u>:

Page 1, between line 2 and line 3, insert:

--Cross Reference to Related Applications

This application is a continuation of our prior copending
application 09/200,541, filed November 25, 1998, which is a
continuation of application 09/063,551, filed April 21, 1998, now
US Patent 5,844,002, which was a continuation of application
08/691,604, filed August 15, 1996, now US Patent 5,760,090, which
was a continuation of application 08/335,480, now US patent
*filed November 7, 1994,*

SEP 0729302

Continuation of 09/200,541
Atty Dkt. No.: 0701.027H
Barberich et al.
Page -2-

5,547,994, which was a continuation of application 08/163,581, filed December 7, 1993, now US patent 5,362,755, which was a continuation of application 07/896,725, filed June 9, 1992, now abandoned, which was a continuation of application 07/461,262, filed January 5, 1990, now abandoned.--

In the Claims:

Cancel claims 1-12.

Please add the following claims:

13. (New)  A method of treating bronchospasm in a patient with reversible obstructive airway disease, comprising administering to said patient a therapeutically effective amount of optically pure R-(-) albuterol.

14. (New)  A method according to Claim 13, wherein the albuterol comprises at least 90% by weight of the R(-) isomer and not more than 10% by weight of the S(+) isomer.

15. (New)  A method according to Claim 13, wherein the albuterol comprises at least 99% by weight of the R(-) isomer and 1% or less by weight of the S(+) isomer.

16. (New)  A method according to Claim 13, wherein the optically pure R(-) albuterol is administered by inhalation.

17. (New)  A method according to Claim 16, wherein the optically pure R(-) albuterol is administered in an amount of

F:\USERS\RFF\SEPRACOR\027H.PAM
December 8, 1999

SEP 0729303

Continuation of 09/200,541
Atty Dkt. No.: 0701.027H
Barberich et al.
Page -3-

about 30 μg to about 90 μg.

18. (New)  A method according to Claim 13, wherein the optically pure R(-) albuterol is administered orally.

19. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered in an amount of about 1 mg to about 8 mg.

20. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered as a tablet, capsule or syrup.

21. (New)  A method according to Claim 19, wherein the optically pure R(-) albuterol is administered as a syrup.

22. (New)  A method of preventing bronchospasm in a patient with reversible obstructive airway disease, comprising administering to said patient a therapeutically effective amount of optically pure R-(-) albuterol.

23. (New)  A method according to Claim 22, wherein the albuterol comprises at least 90% by weight of the R(-) isomer and not more than 10% by weight of the S(+) isomer.

24. (New)  A method according to Claim 22, wherein the albuterol comprises at least 99% by weight of the R(-) isomer and 1% or less by weight of the S(+) isomer.

F:\USERS\RPI\SEPRACOR\027H.PAM
December 8, 1999

SEP 0729304

Continuation of 09/200,541
Atty Dkt. No.: 0701.027H
Barberich et al.
Page -4-

25.   (New)  A method according to Claim 22, wherein the
optically pure R(-) albuterol is administered by inhalation.

26.   (New)  A method according to Claim 25, wherein the
optically pure R(-) albuterol is administered in an amount of
about 30 $\mu$g to about 90 $\mu$g.

27.   (New)  A method according to Claim 22, wherein the
optically pure R(-) albuterol is administered orally.

28.   (New)  A method according to Claim 27, wherein the
optically pure R(-) albuterol is administered in an amount of
about 1 mg to about 8 mg.

29.   (New)  A method according to Claim 27, wherein the
optically pure R(-) albuterol is administered as a tablet,
capsule or syrup.

## REMARKS

The present application is a continuation of US application,
serial number 09/200,541.  Claims 1-12 were present in the
original application 07/461,262, from which this application
claims ultimate priority.  All claims pending in the original
application are canceled by amendment above and are replaced by
new claims.  Claims 13-29 are therefore pending in this
continuation application.

F:\USERS\RFP\SEPRACOR\027H.PAM
December 8, 1999

SEP 0729305

Continuation of 09/200,541
Atty Dkt. No.: 0701.027H
Barberich et al.
Page -5-

    In previous applications in this series, claims have been
allowed to "a method of treating asthma" (08/691,604), to "a
method for inducing bronchodilation or providing relief of
bronchospasms" (09/063,551) and to "a method of treating an acute
attack of asthma" (08/335,480). Applicants respectfully submit
that new claims 13-29 to "a method of treating bronchospasm in a
patient with reversible obstructive airway disease" and to a
method of preventing bronchospasm in a patient with reversible
obstructive airway disease" are allowable with a terminal
disclaimer for reasons of record in parent applications 09/
063,551 and 08/691,604.

    In order to expedite prosecution, Applicants enclose
herewith terminal disclaimers in accordance with 37 CFR 1.321 (b)
and (c) and fees under 37 C.F.R. 1.20(d).

                          Respectfully submitted,

                          _Philip E. Hansen_ (signature)
                          Philip E. Hansen
                          Agent for Applicants
                          Reg. No. 32,700

Dated: December 17, 1999

Address for Correspondence:
Philip E. Hansen
Heslin & Rothenberg, P.C.
5 Columbia Circle
Albany, New York 12203
Telephone: (518) 452-5600
Facsimile: (518) 452-5579

F:\USERS\RF\SEPRACOR\027H.PAM
December 8, 1999

SEP 0729306